# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Juwan Moore,
**Plaintiff**

vs.

Cooley
Barta
Snell
Heddon
Campbell
Manis
Forman
Fry

**Defendant(s)**

Case No. _____
(The case number will be assigned by the clerk)

SCANNED at PCC and E-Mailed
6/12/18 (date) by KK (initials)
9 (# of pages)

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

## COMPLAINT*

Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.

[x] 42 U.S.C. §1983 (state, county or municipal defendants)

[ ] Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

[ ] Other federal law: _____

[ ] Unknown _____

### I. FEDERAL JURISDICTION

*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Julian Moore

Prison Identification Number: Y21806

Current address: 700 W. Lincoln Street, P.O Box 99, Pontiac, IL, 61764

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Cooley, Travis L

Current Job Title: C/O

Current Work Address: 2300 Rt 99 South Mt. Sterling IL, 62353

Defendant #2:

Full Name: Barta

Current Job Title: C/O - Correctional Officer

Current Work Address: 2300 Rt 99 South Mt. Sterling, IL, 62353

Defendant #3:

Full Name: Snell

Current Job Title: C/O - Correctional Officer

2

Current Work Address 2500 Rt 99 South
Mt. Sterling, IL, 62353

Defendant #4:

Full Name: Hedden

Current Job Title: C/o - Correctional officer

Current Work Address 2500 Rt 99 South,
Mt. Sterling, IL, 62353

Defendant #5: LT

Full Name: Campbell

Current Job Title: C/o - Correctional officer

Current Work Address 2500 Rt 99 South
Mt. Sterling, IL, 62353

For additional defendants, provide the information in the same format as above on a separate page.

### III. LITIGATION HISTORY

The "three strikes rule" bars a prisoner from bringing a civil action or appeal *in forma pauperis* in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☑

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☐    No ☑

C. If your answer to B is yes, how many? _____ Describe the lawsuit(s) below.

3

Defendant #6:
   Full Name: Many
   Current Job Title: C/O - Correctional officer
   Current Work Address: 2500 Rt 99 South Mt. Sterling, IL 62353

Defendant #7: Forman
Current Job Title: C/O - Correctional officer
Current Work Address: 2500 Rt 99 South Mt. Sterling, IL, 62353

Defendant #8: Fry
Current Job Title: C/O - Correctional officer
Current Work Address: 2500 Rt 99 South Mt Sterling, IL 62353

1. Name of Case, Court and Docket Number ~~_____~~

   ~~_____~~

2. Basic claim made ~~_____~~

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) ~~_____~~

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution?  Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒   No ☐

   If your answer is no, explain why not _____

   _____

C. Is the grievance process completed?   Yes ☒   No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence  Western C.C

4

Date(s) of the occurrence **February 2, 2018.**

State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.

On the above Day Feb 2, 2018 at approx time C/o Cooley was the sign out for R3 7:45am School line, But while waiting on R3 (B) wing i was waiting on the Counselor so I can have a word with him. The counselor was setup in his office at the time, as the counselor was done, He than walk on (A) wing, So on his way back to his office, I than hit the glass to let the Counselor know i want to have a word with him. Now they called (B) wing School line. (At this time, we out by the R3 foyer.) I ask Cooley can i speak to the counselor because i have a important question. [Cooley responded No] But how Cooley responded No he was yelling. I responded back you are not my Daddy so stop yelling. Cooley state Moore go outside, To which i was walking out the door as i was told. But than i remember i left something on the wing that was pertaining to school. I ask Cooley can i go get what i forgot on the wing that pertaining to School. Cooley stated No! I then told Cooley so I can't get my stuff I forgot on the wing for School. Cooley than responded I said no! (You act like you dont understand the word no.) Then he said you know what give me your ID. To which I responded

5

I would just go outside. Cooley then grabbed my left arm. I then pulled away, asking Cooley what are you doing? Cooley then started to use excessive use of force by pushing me into the glass, to which I took my left hand to hold him back from pushing me to the glass. My hand stayed below Cooley shoulder at all time. I never grab Cooley throat. But as I was holding him back while he still trying push me into the glass. The Counselor came running out his office helping Cooley push me. They ask me to turn around to cuff up. I responded how are you asking me to turn around to cuff up in you still pushing me. At this time we between the door going in and out of R3 House. Then L'T Campbell, Barta, Snell, Heaton, Many, Cooley, Forman, try came from outside in (C) wing. After I was place in handcuffs. Cooley started pushing my head into the wall. I tryed to stop them. They got me to ~~out feet in walk me outside~~ the ground. In start kicking me. (Every C/O) They than got me to my feet in walk me outside. As we walking. I told the C/O that I was about to fall because he had my hands to high over my head. He responded if I fall he was going to broke my face. I fail to the ground they beg kicking me some more. Now we between the two doors going in Rec. Build. ~~where~~ ~~u~~ After walking threw the first door a C/O push me into the glass to which I hit my face on. I fail to the ground again they beg kicking

in hitting me in the face in the body. Then they help me up on my feet in walk me to the back where Seg location. After walking threw the second door they push me into the ground they beg kicking in hitting me in the face in the body again. One C/o was holding my hair, why the other kicking in hitting me in the face. They beg taking turn's doin it. After they was done. My eye's was red, my face was missing skin, my lip was fat, my right hand was hurting, my right leg was hurting. Also I had a small knock in my left side. When I woke up I only had on my boxer, sock's one boot, watch. ~~all feel othends~~ I feel like they violations of my first in Eight Amendment. The reason why I said my first Amendment violated because I said to Cooley ~~was~~ you not my daddy that is no reason to get mad. My Eight Amendment violated because after I was handcuffed that's when ~~him~~ Cooley, Barta, Snell, hedlen, Campbell, many, Forman, Fry start kicking in punched in the face in body. My IDOC nugshot/medical records tell it all.

**RELIEF REQUESTED**
(State what relief you want from the court.)

That I Be offered 1,000,000.00 for my Injurys

_____
_____
_____
_____
_____
_____
_____
_____
_____

JURY DEMAND     Yes [X]    No [ ]

Signed this _J.M_ day of _06/06/18_, 20_18_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: Juwan, Moore | Inmate Identification Number: 421806 |
|---|---|
| Address: 700 w Lincoln Street P.O Box 99 Pontiac, FL, 62353 | Telephone Number: |