Central District of Illinois

Juwan Moore #Y21806
Pontiac Correctional Center
Inmate Mail/Parcels
P.O Box 99
Pontiac IL, 61764

Case name: Moore V. Cooley et al
Case: 3:18-CV-03142-Sem-TSH
Judge name: Sue E Myerscough

I would like to send this picture to Judge Sue E Myerscough.

X J.M             Date 10-1-18.

SCANNED at PCC and E-Mailed
10/2/18 (date) by AD (initials)
2 (# of pages)

## STATE OF ILLINOIS --- DEPARTMENT OF CORRECTIONS
## INSTITUTION GRAPHICS

545

Date: 2/25/2018




Photo Taken At: PON On: 2/2/2018 14:13:18

**IDOC #:** Y21806  **MOORE, JUWAN**

**Nickname:**

### Demographic Information

Location: PON- Cell: 48
Age: 20
Sex: Male
DOB: 08-12-1997
Race: Black
Hair: Black
Eyes: Brown
Weight: 247
Height: 508

### Nicknames

### Security Threat Group
Unknown