### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUWAN MOORE, #Y-21806, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 18-3142-SEM-TSH |
| | ) |
| TRAVIS COOLEY, et al., | ) |
| | ) |
| Defendants. | ) |

## MOTION FOR PARTIAL SUMMARY JUDGMENT

NOW COME the Defendants, TRAVIS COOLEY, DANIEL FRY, RICK FORMAN, MARK MANY, and BRANDON SNELL, by and through their attorney, Kwame Raoul, Attorney General for the State of Illinois, and hereby move for Summary Judgments in accordance with Rule 56 of the Federal Rule of Civil Procedure. In support thereof, Defendant states as follows:

1.  On June 12, 2018, Plaintiff filed his Complaint alleging violations of the Eighth Amendment. [Doc. 1].

2.  At all relevant time Plaintiff was incarcerated within the Illinois Department of Correction ("IDOC"). [Doc. 1].

3.  This Court's merit order found that Plaintiff stated an Eighth Amendment excessive force claim against Defendants Banta, Campbell, Cooley, Fry, Forman, Hedden, Many, and Snell.

4.  Specifically, Plaintiff alleges that Defendant Cooley used excessive force in a physical altercation between the two. Further, Plaintiff alleges that Defendants Banta, Campbell, Fry, Forman, Hedden, Many, and Snell used excessive force when coming to the aid of Defendant Cooley.

5. Plaintiff failed to properly establish that Defendants Fry, Forman, Many, and Snell were personally involved in the constitutional violation.

6. The undisputed evidence shows Defendant Cooley used force against Plaintiff in a good faith effort to restore order, which is not a constitutional violation.

7. Plaintiff's claims are contradicted by the evidence.

8. Filed contemporaneously and incorporated herein is Defendant's Memorandum of Law in Support of their Partial Motion for Summary Judgment.

WHEREFORE, for the above and foregoing reasons, Defendants respectfully request this honorable Court grant summary judgment in their favor.

Respectfully submitted,

TRAVIS COOLEY, DANIEL FRY, RICK FORMAN, MARK MANY, and BRANDON SNELL,

Defendants,
KWAME RAOUL, Illinois Attorney General,

Sierra Senor-Moore, #6321486
Assistant Attorney General
500 South Second Street
Springfield, Illinois 62701
(217) 557-7081 Phone
(217) 782-8767 Fax
ssenormoore@atg.state.il.us

Attorney for Defendant,

By: s/Sierra Senor-Moore
Sierra Senor-Moore
Assistant Attorney General

Page **2** of **3**

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| JUWAN MOORE, #Y-21806, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | )   No. 18-3142-SEM-TSH |
| | ) |
| TRAVIS COOLEY, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2019, the foregoing document, *Motion for Partial Summary Judgment*, was electronically filed with the Clerk of the Court using the CM/ECF system, which will send electronic notice of same to the following:

None

and I hereby certify that on the same date, I caused a copy of the foregoing described document to be mailed by United States Postal Service, to the following non-registered participant:

Juwan Moore, Y21806
Pontiac Correctional Center
PO Box 99
Pontiac, IL 61764

Respectfully Submitted,

s/Sierra Senor-Moore
Sierra Senor-Moore, #6321486
Assistant Attorney General
500 South Second Street
Springfield, Illinois   62701
(217) 557-7081 Phone
(217) 782-8767 Fax
E-Mail:   ssenormoore@atg.state.il.us