**JUWAN MOORE  1/9/2019**

## Page 1

1   IN THE UNITED STATES DISTRICT COURT
    FOR THE CENTRAL DISTRICT OF ILLINOIS
2
3
4   JUWAN MOORE, #Y-21806,   )
                             )
5        Plaintiff,   )
                      ) Case No.
6   vs.               ) 18-3142-SEM-TSH
                      )
7   TRAVIS L. COOLEY, ET AL, )
                             )
8        Defendants.  )
9
10
11      VIDEO DEPOSITION OF JUWAN MOORE, produced,
12  sworn, and examined on January 9, 2019, between the
13  hours of eight o'clock in the forenoon and six
14  o'clock in the afternoon of that day, at the offices
15  of Illinois Attorney General, 3000 Montvale Drive,
16  Springfield, Illinois, 62704, before Julie A. Brown,
17  Certified Court Reporter, in a certain cause now
18  pending in the United States District Court for the
19  Central District of Illinois, wherein JUWAN MOORE,
20  #Y-21806 is the Plaintiff, and TRAVIS L. COOLEY, ET
21  AL are the Defendants.
22
23
24

## Page 2

1               INDEX
2
    QUESTIONS BY:                    PAGE NO.
3
    Examination By MS. SENOR-MOORE        4
4
5
             EXHIBITS
6
7   EXHIBIT  DESCRIPTION           PAGE MKD
    NO.
8
    None.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

## Page 3

1           A P P E A R A N C E S
2
3   Mr. Juwan Moore, pro se, via video.
4
5   Counsel for the Defendants:
    Ms. Sierra Senor-Moore
6   Assistant Attorney General
    500 South Second Street
7   Springfield, Illinois 62701
    (217) 782-2077
8   ssenormoore@atg.state.il.us
9
10
11
12
13
14
15
16
17
18
19
20  Alaris Litigation Services
    Julie A. Brown, CSR
21  Illinois CSR #084-004174
    711 North 11th Street
22  St. Louis, Missouri  63101
    314-644-2191
23  1-800-280-3376
24

## Page 4

1       IT IS HEREBY STIPULATED AND AGREED, by and
2   between Plaintiff and counsel for the Defendants that
3   this deposition may be taken in shorthand by Julie A.
4   Brown, a Certified Court Reporter, and afterwards
5   transcribed into typewriting; and the signature of
6   the witness is expressly reserved.
7       (Deposition commenced at 1:51.)
8           * * * * *
9           JUWAN MOORE,
10  of lawful age, produced, sworn, and examined on
11  behalf of the Defendants, deposes and says:
12           EXAMINATION
13  BY MS. SENOR-MOORE:
14      Q.  And so now you understand that you're under
15  oath and that any testimony today has the same effect
16  as if you were actually in court testifying.
17      A.  All right.
18      Q.  I'm going to ask a series of questions.  If
19  there's ever a question that you don't understand,
20  you can ask me to reask the question, or I can
21  rephrase it, but you have to let me know that you
22  don't understand it.  Okay?
23      A.  All right.
24      Q.  If you don't say anything, then I'll just

1 (Pages 1 to 4)

**JUWAN MOORE  1/9/2019**

Page 5

1  assume you understand the question.
2    A.  All right.
3    Q.  If I ask a question, please allow me to
4  finish the question before you respond and I'll grant
5  you that same respect.  Otherwise, it might be
6  difficult for the court reporter to hear because she
7  has to take down everything that we say.  So we need
8  to make sure we're not speaking over one another.
9    A.  All right.
10    Q.  Are you currently represented by an
11  attorney?
12    A.  No, ma'am.
13    Q.  Have you talked to an attorney in regards to
14  this lawsuit?
15    A.  I talked to a couple of them.
16    Q.  And did you retain them to be your attorney?
17    A.  Yeah, but they never -- they denied me.
18    Q.  They denied to represent you?
19    A.  Right.
20    Q.  Okay.  So you don't have any representation
21  in this case.  Correct?
22    A.  Correct.
23    Q.  Are you taking any type of medication today?
24    A.  This morning.

Page 6

1    Q.  Okay.  Is there some sort of medication that
2  you're supposed to be taking that you did not take
3  today?
4    A.  No.
5    Q.  Okay.  Do you have any type of illness that
6  would prevent you from answering the questions
7  truthfully?
8    A.  No.
9    Q.  Okay.  You have some papers in front of you.
10  I sent over some paperwork that included your medical
11  records.  Do you have those with you?
12    A.  Yes, ma'am.
13    Q.  Okay.  The first page of mine starts with --
14  it's a offender outpatient progress note and the date
15  is November 27, 2017.
16    A.  Yeah, I have that.
17    Q.  You have that?  And then at the bottom it's
18  marked Moore v. Cooley, et al, 18-3142, IDOC Number,
19  and then it has five zeros and then a 1.
20    A.  Right.
21    Q.  Is that what yours say?
22    A.  Yes.
23    Q.  And then mine go to page 000020.
24    A.  You're talking next page?

Page 7

1    Q.  The last page.  Because I have a stack and
2  it's 20 pages and I just wanted to make sure you have
3  the exact same stack that I have.
4    A.  Yeah, they're the same, 20.
5    Q.  I may refer to those pages at some point in
6  time and when I do refer to them, I'm going to call
7  them Bates-stamp number and then gave you the number
8  of the page.  Okay?
9        Because that number at the bottom is called
10  a Bates-stamp, and so I'm just going to say
11  Bates-stamp number and then whatever that page number
12  is.  Okay?
13    A.  All right.
14    Q.  Okay.  Let me know if you have any questions
15  about that or if you don't have something once we
16  start looking for it.  Okay?
17    A.  All right.
18    Q.  Okay.  So let's start off with the
19  questions.  Could you tell me your current age and
20  when your birthday is?
21    A.  I'm 21 now and my birthday is ████
22  ████
23    Q.  And where were you born?
24    A.  Illinois.

Page 8

1    Q.  What city in Illinois?
2    A.  Chicago.
3    Q.  Okay.  And did you finish high school?
4    A.  Yes.
5    Q.  Did you go to college or take any classes
6  after high school?
7    A.  No.
8    Q.  Okay.  So your highest level of education is
9  high school?
10    A.  Yes.
11    Q.  Okay.  And you're currently in the custody
12  of Illinois Department of Corrections.  Correct?
13    A.  Right.  Correct.
14    Q.  And you're currently placed at Pontiac
15  Correctional Center.
16    A.  Right.
17    Q.  Okay.  And how long have you been placed at
18  Pontiac?
19    A.  Almost a year.  Eleven months.
20    Q.  And how long have you been in the custody of
21  the Department of Corrections?
22    A.  Three years.
23    Q.  And what are you currently in the Department
24  of Corrections for?

2 (Pages 5 to 8)

**JUWAN MOORE  1/9/2019**

Page 9

1    A.  Do I have to answer that?
2    Q.  At depositions, you generally answer
3    everything.  If you would like to raise an objection
4    you can, but generally yes, you do have to answer the
5    question.
6    A.  All right.  Armed robbery.
7    Q.  Armed robbery.  Okay.  And how long is your
8    sentence?
9    A.  Eleven years.
10   Q.  Do you know when you are currently set to be
11   released?
12   A.  10/18/21.
13   Q.  And that's with the good time credits?
14   A.  Yes.
15   Q.  And have you previously been with the
16   Illinois Department of Corrections before this
17   sentencing?
18   A.  No.
19   Q.  Do you have any other felonies besides the
20   one that you're currently in the Department of
21   Corrections for?
22   A.  No.
23   Q.  Have you ever been known by any other name
24   besides Juwan Moore?

Page 10

1    A.  No.
2    Q.  Since you've been in the Illinois Department
3    of Corrections, do you have an STG designation?
4    A.  Yeah.
5    Q.  And what is that?
6    A.  I just got an STG for fighting in seg, but
7    I'm not part of a gang, no.
8    Q.  Have you ever been affiliated with any
9    gangs?
10   A.  No.
11   Q.  And have you ever been affiliated with a
12   gang before you came into the Illinois Department of
13   Corrections?
14   A.  No.
15   Q.  Okay.  Do you suffer from any type of mental
16   illness?
17   A.  Not -- yes.
18   Q.  What -- can you tell us what you've been
19   diagnosed with?
20   A.  Bipolar and something else.  I can't
21   remember the name right now.
22   Q.  And who were you diagnosed by?
23   A.  A doctor.
24   Q.  The doctor in the Department of Corrections

Page 11

1    or a doctor before you were --
2    A.  Department of Corrections.
3    Q.  A doctor there?
4    A.  Yeah.
5    Q.  Do you see a doctor there at Pontiac now?
6    A.  Yes.
7    Q.  And does he prescribe you any medication?
8    A.  Yes.  It's called Abilify.
9    Q.  Abetify?
10   A.  Abilify.  Something like that.
11   Q.  Do you know how to spell that?
12   A.  No.
13   Q.  Okay.  Do you know your doctor's name there?
14   A.  No.
15   Q.  Is it a man or a woman?
16   A.  It can be different people sometime.
17   Q.  Okay.  So you just see different doctors
18   within -- whoever's there.
19   A.  Yeah.
20   Q.  Do you know if you -- which doctor
21   prescribed you the medication?
22   A.  No.
23   Q.  Did you take that Abilify today?
24   A.  I take it at nighttime.

Page 12

1    Q.  Okay.  Did you take it last tight?
2    A.  Yes.
3    Q.  Do you think that it in any way affects your
4    ability to hear or listen and answer the questions?
5    A.  No.
6    Q.  Do you think that would affect your ability
7    to continue to remain seated the entire time that
8    we're having the deposition?
9    A.  Yes.
10   Q.  You think it might affect your ability to
11   remain seated?
12   A.  No.
13   Q.  Okay.  Have you ever filed any lawsuits?
14   A.  This is my first one.
15   Q.  Did you do anything to prepare for today's
16   deposition?
17   A.  I just gathered my evidence.  That's it.
18   Q.  You gathered your evidence?
19   A.  Yeah.
20   Q.  And what does that consist of?
21   A.  My photos and my medical records.
22   Q.  Did you speak with anyone?
23   A.  Pertaining to this?
24   Q.  Yeah.

**ALARIS LITIGATION SERVICES**
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

**JUWAN MOORE  1/9/2019**

## Page 13

1    A.  No.
2    Q.  And did you review any documents beyond the
3  medical records and pictures?
4    A.  Yes.
5    Q.  What documents did you review?
6    A.  Just all my medical records and this photo.
7    Q.  Did you write the complaint that you filed
8  on June 12, 2018?
9    A.  I did some of it.  Somebody helped me too,
10  though.
11    Q.  And who helped you?
12    A.  It was a person who go by the name of
13  Campbell.
14    Q.  You said Cameron?
15    A.  Campbell.
16    Q.  Camel?
17    A.  Yeah.
18    Q.  You can go ahead and spell that.
19    C-A-M-P-B-E-L-L.
20    Q.  And is that an inmate at Pontiac?
21    A.  Yes.  He was currently in Pontiac, but he's
22  gone now.
23    Q.  Do you know if he's still in the Department
24  of Corrections or if he was released?

## Page 14

1    A.  He's still -- he's still locked up.
2    Q.  He was just transferred?
3    A.  Yes.
4    Q.  And is Campbell his first -- his real name
5  or is that a nickname?
6    A.  As far as I know, that's his real name.
7    Q.  And is that his first or last name?
8    A.  Last name.
9    Q.  Do you know what his first name is?
10    A.  Travis, I believe.
11    Q.  Okay.  Thank you.
12    So let's turn our attention to the day of
13  the incident.  Okay?
14    A.  All right.
15    Q.  So do you remember where you were placed in
16  February 2018?
17    A.  Yes.  I was on 3B wing in Mt. Sterling.
18    Q.  I'm sorry.  What did you -- was the last
19  thing you said?
20    A.  I was in Mt. Sterling.  Prison called Mt.
21  Sterling.
22    Q.  Okay.  Is it possible -- is there someone in
23  the room with you?
24    A.  Yes.

## Page 15

1    Q.  Can you move the microphone closer to his
2  mouth?  The court reporter is having some trouble
3  hearing him.
4    UNKNOWN SPEAKER:  I actually cannot because
5  the microphone is inside the unit which sits on top
6  of the television.
7    MS. SENOR-MOORE:  Okay.  All right.
8    Q.  Mr. Moore, I'm going to ask you to speak up
9  a little bit then.  Okay?
10    A.  All right.
11    Q.  All right.  Thanks.
12    So in February 2018, were you involved in
13  school?
14    A.  Yes.
15    Q.  Okay.  And what -- when you're going to
16  school, what time will you go to school?
17    A.  7:45.
18    Q.  And how far is the school from where you
19  were?  Your cell that you were living in?
20    A.  It's not that far.  It's right there.
21    Q.  When you say right there, do you have to
22  walk through any doorways or any --
23    A.  Yeah.  You have to walk down the stairs
24  through like two doors, walk outside through the

## Page 16

1  gate, walk a little bit more, and you make a left.
2  You go down there to the end -- far end, it's going
3  to be right there.
4    Q.  About how long is that walk?
5    A.  About like two or three minutes.
6    Q.  And when you go to school, do you walk by
7  yourself or do you walk with other inmates?
8    A.  Walk with other inmates.
9    Q.  How many inmates do you think you were
10  walking with on the morning of February 2nd, 2018?
11    A.  At this time when it happened there was only
12  three of us altogether including me out there.
13  Everybody else was coming out.  They were going to
14  school.  They hadn't made it that far.
15    Q.  Okay.  So who was escorting you and the
16  other three inmates?
17    A.  We was signing out.
18    Q.  You were signing out of school?
19    A.  Yeah.  You have to sign out.  You walk by
20  yourself.
21    Q.  So were you leaving the school classroom?
22    A.  No.  I was actually going to school.  I was
23  signing out off my gallery wing.
24    Q.  So you were signing out of your gallery wing

**ALARIS LITIGATION SERVICES**
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

**JUWAN MOORE  1/9/2019**

Page 17

1  to go to school.
2      A.  Yeah.
3      Q.  And who was the correctional officer that
4  you were signing out with?
5      A.  Cooley.
6      Q.  And when you were signing out, do you
7  remember who all was standing there besides Officer
8  Cooley?
9      A.  There was another officer, but I don't know
10  his name.
11      Q.  Do you remember the other inmates who were
12  there?
13      A.  Yeah.  They go by the name of Johnson,
14  Jones, and Pousey (sp).
15      Q.  Pousky?
16      A.  Pousey.
17      Q.  Do you know how to spell that?
18      A.  No.  It's a weird name.
19      Q.  Okay.  And when you were signing out with
20  Officer Cooley, what happened?
21      A.  I had asked him -- at first I told him that
22  I need to talk to the counselor and he told me no,
23  and he was screaming and I was kind of like -- really
24  not screaming -- about my business, and when I told

Page 18

1  him that, he told me get an ID.  I told him I'll just
2  go outside and he grabbed me.
3      Q.  When you say he grabbed you, where did he
4  grab you?
5      A.  He grabbed me by my left arm.
6      Q.  When you said you were going to go outside,
7  did you move towards the door to go outside?
8      A.  I walking out the door and he grabbed me.
9      Q.  Were you in any way restrained at that time?
10  Did you have any sort of handcuffs or anything on?
11      A.  After that?
12      Q.  No.  At that time when Officer Cooley
13  grabbed you.
14      A.  No.
15      Q.  And when he grabbed your left arm, what did
16  you do?
17      A.  I yanked away.  I asked him what are you
18  doing.
19      Q.  And then what did Officer Cooley do?
20      A.  After I yanked away, he started -- he was
21  just -- like his arm was pushing me against the
22  glass.
23      Q.  What type of glass is that?
24      A.  Like a door glass.

Page 19

1      Q.  You said a door?
2      A.  Yeah.
3      Q.  And where did that door lead to?
4      A.  Going outside.
5      Q.  Okay.  And then when he grabbed you and
6  pushed you against the glass, what did you do?
7      A.  I was asking him what are you doing and he
8  turned around and cuff up and he finally got me in
9  handcuffs.
10      Q.  He told you to cuff up?
11      A.  Yeah.  He told me to cuff up and right after
12  he was telling me to cuff up he was still pushing at
13  the same time.
14      Q.  Did you turn around and cuff up?
15      A.  I couldn't.  He was still pushing me.
16      Q.  Okay.  Did you at all have any other
17  physical connection with Officer Cooley?
18      A.  I was just holding my hands out to stop him
19  from pushing so I could turn around and cuff up,
20  doing as he was told -- I was told.
21      Q.  Okay.  When you held your hands out, did
22  those connect with Officer Cooley?
23      A.  I mean they were touching his chest.  That's
24  it.

Page 20

1      Q.  How tall are you?
2      A.  About 5, 8.
3      Q.  How tall is Officer Cooley?
4      A.  I don't know.
5      Q.  Is he taller or shorter than you?
6      A.  He's about -- not -- he's about the same
7  height.  Like about an inch shorter than me.
8      Q.  And when you had your hands out, were they
9  straight out?
10      A.  No.  They was like tilted down 4 o'clock,
11  like down.
12      Q.  Okay.  And you said you did connect your
13  hands with Officer Cooley.
14      A.  Yeah.
15      Q.  So you said other people came running out?
16      A.  Yeah.  There was officers coming from
17  outside.  Officers that were coming off another wing.
18  They was coming from everywhere.
19      Q.  Do you recall how many officers came out?
20      A.  Altogether there was eight.
21      Q.  Does that include Officer Cooley?
22      A.  Yes.
23      Q.  Okay.  And then what did those eight
24  officers do?

5 (Pages 17 to 20)

**JUWAN MOORE  1/9/2019**

Page 21

```
 1        A.  I was in handcuffs then, right then.
 2        Q.  Who put you in handcuffs?
 3        A.  I don't know who put me in handcuffs.  After
 4   I turned around, the handcuffs was on.
 5        Q.  And were you still standing up at this time?
 6        A.  Yes.  At this time I was between two doors
 7   going in and out of the housing unit.  It's a double
 8   door.
 9        Q.  So there's that door that you originally
10   were going to walk out of and then there's like an
11   area and then another door?
12        A.  Yes.
13        Q.  Okay.  Do you recall how you got from -- got
14   into that little type of vestibule area?
15        A.  Yeah.  As he was pushing me, the door came
16   open.
17        Q.  Is that door normally locked or is that door
18   normally open?
19        A.  That door open.
20        Q.  Were you standing up this entire time?
21        A.  Yeah, at this time I'm standing up.
22        Q.  Okay.  And do you remember which officers
23   were actually touching you?
24        A.  When they all came in, there was the
```

Page 22

```
 1   majority of them touching me after I was in
 2   handcuffs.
 3        Q.  After you were in handcuffs?
 4        A.  Yeah.  They got me in handcuffs and Cooley
 5   started banging my head against the wall and I
 6   finally got slammed to the ground.
 7        Q.  Were you saying anything at that time?
 8        A.  I was telling them to stop.
 9        Q.  Did you still have your hands out?
10        A.  No.  I was in handcuffs at this time.
11        Q.  The entire time?
12        A.  As I was putting my hands against the wall I
13   was in handcuffs.
14        Q.  Let's kind of backtrack.  So you said that
15   as you were walking out, Cooley grabbed your left
16   arm.
17        A.  Right.
18        Q.  And then what did he do?
19        A.  He told me turn around and cuff up, which I
20   told him I can't.  What are you doing?  I said I
21   can't because you're still pushing me.
22        Q.  So he was pushing you.  Where was your --
23   where was your back?
24        A.  My back was against the door.
```

Page 23

```
 1        Q.  And where was Cooley at that time?
 2        A.  He was in front of me.
 3        Q.  And was he still touching you?
 4        A.  Yeah.  He was still pushing me.
 5        Q.  What part of his body was he touching you
 6   with?
 7        A.  His hands.
 8        Q.  And what part of your body was he touching?
 9        A.  He was touching like my upper body.  He
10   grabbed my arm with the other hand and started --
11        Q.  Was he holding both of your arms?
12        A.  No.  He was just holding one of my arms.
13        Q.  And which arm was that?
14        A.  He was holding my right arm.
15        Q.  Okay.  So he started holding your left arm
16   and then he was holding your right arm?
17        A.  No.  As I was walking out, he grabbed my
18   left arm and when I yanked away, I was facing towards
19   him.  He grabbed my right arm.  He was pushing me
20   with his left.
21        Q.  Okay.  When he was -- he had his left arm
22   and he was pushing your right arm?
23        A.  No.  He was holding my left and my right
24   arm.  He was pushing with his left.
```

Page 24

```
 1        Q.  So his left arm was pushing your right arm?
 2        A.  He was holding my right arm.
 3        Q.  With his left arm?
 4        A.  With his right arm and he was pushing me
 5   with his left arm.
 6        Q.  Okay.  And when he was pushing you, which
 7   direction was he pushing you in?
 8        A.  Towards the door.
 9        Q.  Towards the door.  Was he pushing you to
10   face towards the door?
11        A.  He was trying to -- as he was pushing me, he
12   tried to turn me around and cuff me up.
13        Q.  Okay.  So did you then go in the direction
14   that he was pushing you?
15        A.  I didn't have no choice.  He was pushing me.
16   I was walking backwards.  I was walking backwards.
17        Q.  So if you're going backwards, wouldn't you
18   be -- were you moving towards him?
19        A.  No.  I was going the opposite way, falling
20   backwards going out the door.
21        Q.  So was he pushing you towards the door?
22        A.  Yeah, he was pushing me towards the door and
23   I was going like out the door, like between the
24   double doors.
```

**ALARIS LITIGATION SERVICES**
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

**JUWAN MOORE  1/9/2019**

Page 25

1    Q.  Okay.  And is this a swinging door?
2    A.  It's like a door that -- unlocked.  It was
3  open.
4    Q.  The door was open?
5    A.  Not open, but unlocked.
6    Q.  It was unlocked.  Does this door have a
7  doorknob?
8    A.  No, not that I know of.
9    Q.  So you can just push the door open?
10   A.  I guess so.
11   Q.  Does it have a knob that you have to turn or
12  can you just push the door?
13   A.  Push the door open.
14   Q.  So as you're -- as Officer Cooley's trying
15  to cuff -- have you cuff up, you go through the door.
16   A.  I go through the door.  Him and the
17  counselor -- that's the time the counselor came out
18  and was helping him.
19   Q.  And who was the counselor?
20   A.  I don't know his name.
21   Q.  Did he touch you?
22   A.  Yeah, he was helping Cooley too.
23   Q.  Did he touch you?
24   A.  Yeah, he was, yeah.

Page 26

1    Q.  And how did he touch you?
2    A.  He was trying to turn me around.
3    Q.  So now you have two people trying to turn
4  you around.
5    A.  Right.
6    Q.  And they're trying to get you to cuff up.
7    A.  Right.
8    Q.  So about how long did it take for them to
9  get you to cuff up?
10   A.  Not that long.  They time they start pushing
11  me, that's when I turned around and I cuffed up.
12   Q.  Okay.  And then you said other people came
13  in?
14   A.  Yes.
15   Q.  So what happened once you were cuffed up?
16   A.  Cooley started banging my head against the
17  wall and I tried to turn back around and that's when
18  he slammed me on the ground.
19   Q.  How many times do you think your head hit
20  the wall?
21   A.  Twice.
22   Q.  Was this in the vestibule area?
23   A.  You say who?
24   Q.  Was this in the area between the two doors?

Page 27

1    A.  Yes.
2    Q.  And who was there in that little small area?
3  Is this a small area or a big area?
4    A.  It's a small area, but all of the officers
5  are in there.
6    Q.  How many officers were in there?
7    A.  It was all of them, all eight.
8    Q.  All eight of those officers were in the
9  small area with you?
10   A.  Yes.
11   Q.  Once you were cuffed up?
12   A.  Yes.
13   Q.  When you say eight officers, is the
14  counselor included in the eight?
15   A.  Yeah.  He was in there, so there was nine.
16   Q.  Okay.  And you said you were put to the
17  ground.  Were you still in handcuffs?
18   A.  Yes.
19   Q.  Did they at all try to restrain your feet?
20   A.  No.
21   Q.  Did you lay on the ground once you were on
22  the ground?
23   A.  Once I got slammed to the ground, I was
24  laying on the ground and they just started kicking

Page 28

1  me.
2    Q.  Who started kicking you?
3    A.  It was the majority of them.  I don't know
4  their names.
5    Q.  And you were still in the vestibule area?
6    A.  Yes.
7    Q.  About how big is this vestibule area?
8    A.  It's a decent size.
9    Q.  And what do you describe as a decent size?
10  Like how many feet wide is it?
11   A.  It's about -- I would say about -- it's the
12  size of a cell.  I can't really give you exact
13  measurements.
14   Q.  Okay.  That helps though.
15      So were you able to see who kicked you?
16   A.  No.  My face was towards the ground.
17   Q.  Do you remember how many times you were
18  kicked?
19   A.  No.
20   Q.  Can you estimate?
21   A.  About 15 times.
22   Q.  And where on your body were you kicked?
23   A.  I was kicked all over, every part except for
24  my head.  They was kicking all over.

7 (Pages 25 to 28)

**JUWAN MOORE 1/9/2019**

## Page 29

1  Q.  And this entire thing took place in the
2  vestibule?
3    A.  Yes.
4    Q.  And then after you said they kicked you
5  about 15 times, what made them stop?
6    A.  Lieutenant Campbell -- I mean -- yeah,
7  Campbell -- told them to pick get me up and walk me
8  to seg.
9    Q.  Was Lieutenant Campbell a part of the nine
10  people in the vestibule?
11    A.  Yes.
12    Q.  Do you believe Lieutenant Campbell kicked
13  you?
14    A.  Yeah, I believe -- yeah.  I believe all of
15  them kicked me, to my knowledge.
16    Q.  So you believe he kicked you.
17    A.  Yes.  At this time all -- I can't say if he
18  did or not, but he kicked me when we was walking to
19  segregation.
20    Q.  So Lieutenant Campbell you said told them to
21  get you up and take you to seg?
22    A.  Right.
23    Q.  And they immediately stopped.
24    A.  They stopped and they grabbed me up.

## Page 30

1    Q.  Do you remember who grabbed you up?
2    A.  No.
3    Q.  Do you remember who -- did they then start
4  taking you to seg or what did they do?
5    A.  Yeah.  They started taking me outside.  They
6  walked me to the last door going outside.
7    Q.  Who walked you outside?
8    A.  I can't remember their names right off the
9  top.
10    Q.  How many of them were there?
11    A.  There was one on each side.
12    Q.  So two?
13    A.  Yes.
14    Q.  Do you remember what they looked like?
15    A.  I just know one of them was tall.
16    Q.  Okay.  Was the one who was tall on your
17  right or your left?
18    A.  My right side.
19    Q.  And do you remember anything about what he
20  looked like?
21    A.  No.
22    Q.  Was he black?  Was he white?  Asian?
23    A.  He was white.
24    Q.  He was white?  Do you remember what color

## Page 31

1  his hair was?
2    A.  No.
3    Q.  Was it dark?
4    A.  I can't remember his haircut.  I mean he had
5  a haircut.
6    Q.  He had a haircut?
7    A.  Yeah.
8    Q.  Was it a -- can you describe the haircut?
9    A.  Just a regular haircut.
10    Q.  Was it long or short?
11    A.  Short.
12    Q.  Short.  Was it very close to his head?
13    A.  Yes.
14    Q.  Do you remember what color his eyes were?
15    A.  No.
16    Q.  When you say tall, how tall do you think he
17  was?
18    A.  Taller than me.  So anything taller than me.
19    Q.  Was he a few inches taller than you or was
20  he abnormally tall?
21    A.  Probably a few inches taller than me.
22    Q.  Was he over 6-foot?
23    A.  No.  About 6-foot.
24    Q.  Okay.  And he was holding your right side?

## Page 32

1    A.  Yes.
2    Q.  Where was he holding you on your right side?
3    A.  On my wrists and my elbow.  Between that
4  area.
5    Q.  Do you remember anything about the person on
6  your left side?
7    A.  No.  I was facing down.  My head was down
8  toward the ground.
9    Q.  You were -- I'm sorry.  What?
10    A.  The position I was in, they had my hands
11  tied over my head.  I couldn't see nothing.  My face
12  was facing down.  All I could see was my right side.
13    Q.  Okay.  How long is the walk from that door
14  when you're leaving your gallery to segregation?
15    A.  It's on the other side of the prison.
16    Q.  So is it a pretty long walk?
17    A.  Yes.
18    Q.  About how long did it take you to make that
19  walk?
20    A.  During this incident?
21    Q.  Yes.
22    A.  About I would say to like five to seven
23  minutes.  I kept falling.
24    Q.  Is it usually a shorter walk?

**ALARIS LITIGATION SERVICES**
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

**JUWAN MOORE  1/9/2019**

Page 33

```
 1      A.  Yeah.
 2      Q.  So in five to seven minutes you never got a
 3   look at the person on your right side?
 4      A.  I just -- the position I was in I can't
 5   really see.  I saw the person on my right side.
 6   That's it.
 7      Q.  Okay.  Do you remember if the person on your
 8   left side was taller or shorter than you?
 9      A.  No.  I don't remember who was on my left
10   side.
11      Q.  Do you remember if they were -- were they a
12   male?
13      A.  Yeah.  It was a male.
14      Q.  Do you remember their ethnicity?
15      A.  No.
16      Q.  You don't remember if they were black or
17   white?
18      A.  I mean they're always white.
19      Q.  Do you remember at all what color his hair
20   might have been?
21      A.  No, ma'am.  Some of them had on hats.  Some
22   of them didn't.
23      Q.  Did this person have on a hat?
24      A.  I don't remember.
```

Page 34

```
 1      Q.  Okay.  So then when you were walking to the
 2   segregation, you said you kept falling?
 3      A.  Yeah.  I told the person on my right side --
 4   because he had my hands above my head, I told him I
 5   might fall.  He told me if I fall, he's going to
 6   break my face.
 7      Q.  And why did you feel like you were going to
 8   fall?
 9      A.  In the position I was in, they had my hands
10   above my head.  My face was facing down.
11      Q.  And they had your hands above your head
12   behind you?
13      A.  Yes.
14      Q.  Have you ever had to walk like that before?
15      A.  No.  It was my first time walking like that.
16      Q.  Okay.  And where was the person on your left
17   side touching you?
18      A.  They both had my hands like between my wrist
19   and my elbow.  They was holding my hands up.
20      Q.  And as you were walking, you said you felt
21   like you were going to fall.
22      A.  Yes.
23      Q.  So did you at all try and stand up straight?
24      A.  No.  I mean, you can't stand up straight.
```

Page 35

```
 1   They told me I have to stay face down.
 2      Q.  Okay.  So did you adjust yourself to try and
 3   prevent yourself from falling?
 4      A.  Yes, plenty of times, but it don't work.
 5      Q.  How did you adjust yourself to prevent
 6   yourself from falling?
 7      A.  I tried to keep my balance.  That's it.
 8      Q.  How?
 9      A.  Just like trying to come up a little bit so
10   I won't fall.
11      Q.  So you tried to come up a little bit.
12      A.  Yeah.
13      Q.  So when you say that, you mean like
14   straighten your back?
15      A.  Or like -- yes.  Get me like a good position
16   I could walk and stay down at the same time.
17      Q.  So you just tried to straighten your back?
18      A.  Yes.
19      Q.  Did that work?
20      A.  No, because they kept on pushing me back
21   down.
22      Q.  Did you make any other adjustments to try
23   and make sure you could stand up -- or to make sure
24   that you wouldn't fall down?
```

Page 36

```
 1      A.  No.
 2      Q.  Did you fall down?
 3      A.  Yes.
 4      Q.  About how many times did you fall down?
 5      A.  About two to three times through the whole
 6   thing.
 7      Q.  And that's throughout the course of the
 8   walk?
 9      A.  Yeah, throughout the walk.
10      Q.  And where in the walk did you fall down?
11      A.  After you come out the double doors, you go
12   out the gate.  When you go out the gate, you make a
13   right.  When you make a right, and walk towards that
14   way.
15      Q.  And was this inside or outside?
16      A.  It was outside.
17      Q.  And what's the walkway like?
18      A.  There's like a long gate and there's the gym
19   room on the left-hand side.
20      Q.  What type of material were you walking on?
21      A.  Concrete.
22      Q.  When you fell, what type of material were
23   you on?
24      A.  Concrete.
```

**ALARIS LITIGATION SERVICES**
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

**JUWAN MOORE  1/9/2019**

Page 37

1    Q.  Each time you fell you were on concrete?
2    A.  Yes.
3    Q.  Okay.  Did the officers help you up?
4    A.  Man, the first time they helped me up.  The
5    second time they picked me up.  It was both officers.
6    One had my left hand and one had my right hand.  They
7    was holding me up.
8    Q.  So there were four officers total?
9    A.  At the second time, yeah, the second time I
10   fell.
11   Q.  Where did these other two officers come
12   from?
13   A.  They was all walking along.
14   Q.  So did the four officers go with you from
15   the vestibule to the segregation?
16   A.  Yes, ma'am.
17   Q.  And there were four officers with you the
18   entire time?
19   A.  Altogether?
20   Q.  Yes.
21   A.  There was eight of them.
22   Q.  No.  I mean from walking.  From walking from
23   the vestibule to the segregation there were four
24   officers.

Page 38

1    A.  After I fell there were four officers.  Then
2    they put me back down.
3    Q.  So you don't remember if there were four
4    officers who left the vestibule area with you?
5    A.  There was four officers that was in the
6    vestibule and was carrying me.
7    Q.  So did you walk to segregation or were you
8    carried to segregation?
9    A.  I was walked and I was carried.
10   Q.  So when you left the vestibule, who was with
11   you?
12   A.  It was six officers.  There was five
13   officers and a lieutenant and there was two officers
14   that was holding me.  So that was eight, total eight.
15   Q.  Wait.  You said there were five officers?
16   A.  Plus the lieutenant.
17   Q.  Plus the lieutenant.
18   A.  That makes six plus the two officers that
19   was carrying me -- holding me make eight.  So
20   altogether, seven officers and one lieutenant.
21   Q.  And those officers, did they all walk with
22   you from the vestibule area to segregation?
23   A.  Yes.
24   Q.  All eight of them?

Page 39

1    A.  Yes.
2    Q.  And how many of them were touching you?
3    A.  Four altogether.
4    Q.  There were four or there were eight?
5    A.  At this time there was four because they was
6    picking me up.
7    Q.  When you left the vestibule area, how many
8    officers were with you?
9    A.  There was eight.
10   Q.  And all eight of those officers walked with
11   you from the vestibule area to the segregation unit.
12   A.  Yes.
13   Q.  Which of the officers can you name?
14   A.  I can't name them.  I can't name -- I can't
15   really see them.  There were on my right side.
16   Q.  You could only see the one officer on your
17   right side of all eight of the people walking with
18   you.
19   A.  Right.
20   Q.  And how many of them were touching you?
21   A.  There was two.  When I fell the second time,
22   there were four touching me.
23   Q.  And where were they touching you?
24   A.  My ankles and my hands.  They were picking

Page 40

1    me up carrying me.
2    Q.  So the person who had your right hand, do
3    you know who that was?
4    A.  No.  I don't know his name.
5    Q.  Was he the same person or different from the
6    person who had your right arm when you left the
7    vestibule area?
8    A.  He's -- when I walked out the door he was
9    the same one.
10   Q.  So he was the tall one.
11   A.  Yes.
12   Q.  Who had your right leg?
13   A.  I don't know.
14   Q.  Do you remember anything about the person
15   who was holding your right leg?
16   A.  No.  I can't see.
17   Q.  You couldn't see.  Okay.  And who had your
18   left arm?
19   A.  I couldn't see that either.
20   Q.  Was that the same person or a different
21   person from before?
22   A.  I couldn't tell you because I didn't see the
23   first person.
24   Q.  Who had your left leg?

10 (Pages 37 to 40)

**JUWAN MOORE  1/9/2019**

Page 41

1    A.  I don't know.
2    **Q.  How were they holding you?**
3    A.  They was holding me like you carry a casket.
4    They was holding me like that.
5    **Q.  Can you describe how they were holding your**
6    **right arm?**
7    A.  Like their arm was through my arm.
8    **Q.  Was that on both sides?**
9    A.  Yes.
10   **Q.  And how were they holding your legs?**
11   A.  By my ankles.
12   **Q.  Okay.  And so you said you fell one time and**
13   **then they helped you up.**
14   A.  Right.
15   **Q.  And did they just keep walking with you at**
16   **that time?**
17   A.  They kept walking me.  Whenever they started
18   kicking me, they was kicking me like on the low side.
19   **Q.  What does that mean?**
20   A.  Like man, (unintelligible).
21   **Q.  Were you tripping?**
22   A.  I was on the ground.  I was on the ground.
23   **Q.  I asked what happened after you stood up**
24   **after the first fall.**

Page 42

1    A.  When I stood up, they put me back down in
2    that position and we started walking again.
3    **Q.  Okay.  And then what happened?**
4    A.  As we was walking again, I fell again.
5    **Q.  About how far was -- about how far from the**
6    **first fall did you walk before you fell the second**
7    **time?**
8    A.  About like 13 feet.
9    **Q.  And what happened after this second fall?**
10   A.  That's when they picked me up.  The four
11   officers picked me up.
12   **Q.  Did they carry you the rest of the way to**
13   **the segregation unit?**
14   A.  No.  I told them I would walk.
15   **Q.  Did you get down and walk?**
16   A.  Yeah.  They put me down after a few steps
17   they made and then they put me back in that position
18   again and I started walking.
19   **Q.  Were you able to make it to the segregation**
20   **unit?**
21   A.  Yes.
22   **Q.  Did you have any problems between that**
23   **second fall and getting to the segregation unit?**
24   A.  Yeah.  At this time, my clothes was coming

Page 43

1    off and they -- the officer -- I don't know his name.
2    My pants was like -- they was off and he tried to
3    step on my pants and make me fall again.
4    **Q.  Do you remember who that was?**
5    A.  No.
6    **Q.  What type of pants did you have on?**
7    A.  I had on blue pants.
8    **Q.  Are they drawstring pants?**
9    A.  Yes.  You might as well say, yeah.
10   **Q.  Okay.  And did you tell the officers that**
11   **your pants were falling down?**
12   A.  Obviously they knew my pants were falling
13   down.
14   **Q.  But did you tell the officers that your**
15   **pants were falling down?**
16   A.  Yes.
17   **Q.  And what did they say to that?**
18   A.  They just ignored me.
19   **Q.  Okay.  This officer who messed with your**
20   **pants, what did this officer look like?**
21   A.  I don't know how he looked.  I couldn't turn
22   around.  My head was faced towards the ground.
23   **Q.  Okay.  So were they behind you or in front**
24   **of you?**

Page 44

1    A.  They were behind me.
2    **Q.  And you said your face was pointed down.**
3    A.  Yes.
4    **Q.  Did you look behind you to see who it was?**
5    A.  Well, I tried to.  I got glasses, but I
6    can't really see him though.  I just know he was
7    short at first.  He was short.
8    **Q.  So the officer who touched your pants was**
9    **short.**
10   A.  Yeah.  That's the only thing I know about.
11   **Q.  Do you remember what color hair they had?**
12   A.  No.
13   **Q.  Was it dark?**
14   A.  What?  Outside?
15   **Q.  No.  Was the officer's hair dark or light?**
16   A.  I don't know.  I didn't see his hair.
17   **Q.  Okay.  And had you ever seen him before?**
18   A.  No.
19   **Q.  Okay.  Where on your pants did he touch you?**
20   A.  As my pants were dragging, he stepped on it.
21   He stepped on it, but I caught myself.
22   **Q.  You caught yourself how?**
23   A.  I was falling, but I hurried up and I caught
24   my balance.

**ALARIS LITIGATION SERVICES**
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

**JUWAN MOORE  1/9/2019**

Page 45

1    Q.   Okay.  And did you -- when you caught
2    yourself, did you touch the ground at all?
3        A.   No.
4        Q.   So was it more of a trip?
5        A.   Yeah, it was like a trip.
6        Q.   Okay.  Did the officer continue to touch
7    your pants?
8        A.   No.  He only did it once.
9        Q.   Okay.  Could he have been trying to pull up
10   your pants?
11       A.   No, ma'am.
12       Q.   Where exactly on your legs were the top of
13   your pants?
14       A.   By my ankles, like.  Only one of my legs was
15   inside my pants.
16       Q.   Only one of your legs was inside your pants?
17       A.   Yeah.
18       Q.   So was the other pant leg dragging or where
19   was it?
20       A.   It was dragging.
21       Q.   Okay.  And was that the whole time that you
22   were walking?
23       A.   No.  It was like right before you go in like
24   segregation.

Page 46

1        Q.   So are you saying as you were walking your
2    pants fell down?
3        A.   They was falling down.  They finally fell
4    down and the second time, that's when my pants came
5    off.
6        Q.   When did you -- on the walk, did your pants
7    start falling down?
8        A.   Right before I fell the first time.
9        Q.   Where on your pants did the officer who
10   touched them touch your pants?
11       A.   At the end of my pants leg.
12       Q.   Did he try and pull those pants legs?
13       A.   No.  He was stepping on them.  He tried to
14   make me fall again.
15       Q.   He was stepping on them?
16       A.   Yes.
17       Q.   But you didn't see him.
18       A.   When I was glancing back, you could see his
19   foot stepping on my --
20       Q.   Stepping on your pants.
21       A.   Yeah.
22       Q.   But you didn't see him?
23       A.   I didn't see his face.
24       Q.   Okay.  So was he just walking normally?

Page 47

1    Like one foot in front of the other?
2        A.   Yeah.  He was still -- he tried to step on
3    my pants leg.
4        Q.   So do you know if he was stepping on your
5    pants leg on purpose or could it have been an
6    accident?
7        A.   It probably could have been an accident.
8        Q.   Okay.  And once you got to segregation, who
9    was -- is there somebody at segregation or how does
10   that work?
11       A.   It's a double door.  Segregation is
12   connected to the IDC and when you first come in it's
13   connected to that.
14       Q.   Okay.
15       A.   First come in there's another double door.
16   As you're walking through the double.  That's where I
17   got tossed to the glass which I hit my right eye on
18   that bust it open and I fell back to the ground.
19       Q.   Who -- do you remember who was touching you
20   when that happened?
21       A.   When I fell to the ground?
22       Q.   Yes.
23       A.   Man, at this point in time I could see.  It
24   was everybody.  They was taking turns kicking me.

Page 48

1        Q.   Who is everybody?
2        A.   All eight others.
3        Q.   Do you remember what any of the officers
4    looked like?
5        A.   They was all white.
6        Q.   I'm sorry.  What?
7        A.   I don't know their hair color.  I just know
8    they was all white.
9        Q.   They were all white?
10       A.   Yes.
11       Q.   And there were eight of them?
12       A.   There were eight of them.  The only person I
13   know is Campbell.
14       Q.   And that's the lieutenant?
15       A.   Yeah, that's the lieutenant.
16       Q.   What exactly did Lieutenant Campbell do?
17       A.   He started kicking me.
18       Q.   Where did he kick you?
19       A.   Like in my lower leg.
20       Q.   Which leg?
21       A.   My left leg.
22       Q.   Okay.  So Campbell -- were you on your back
23   or your stomach?
24       A.   I was on my stomach and my head was turned

12 (Pages 45 to 48)

**JUWAN MOORE  1/9/2019**

Page 49

1  clockwise which I could see.
2      **Q.  So you were on your stomach, but your head**
3  **was turned to the left?**
4      A.  I was on my stomach and on my side at the
5  same time.  Like I was between both of them, but I
6  could see.  My body was turned.  I could see.
7      **Q.  What side of your body could you see to?**
8      A.  I could see on my left side.
9      **Q.  Okay.  So you were kind of -- so you were**
10 **turned to the left?**
11     A.  Yes.
12     **Q.  And you said you could see Lieutenant**
13 **Campbell kicking your left leg.**
14     A.  Yes.
15     **Q.  Who else was on your left side?**
16     A.  Man, my left side was toward the door and
17 that's where everybody come in and as they was coming
18 in, they was kicking me.
19     **Q.  So like they were walking by and kicking**
20 **you?**
21     A.  They was kicking me.  After they was done
22 kicking me, they came to my right side because they
23 was filling in the space as the other one was coming
24 in.

Page 50

1      **Q.  So officers were just walking in, kick you,**
2  **and then walk around to your other side?**
3      A.  Yeah.  They started kicking me again.
4      **Q.  Okay.  And how many times were you kicked?**
5      A.  At this time I was kicked like -- I can't
6  give you what the exact number.  Or estimate it?
7      **Q.  Let's estimate.**
8      A.  Man, about another -- I'd say about 16 times
9  before they kicked me in my face.
10     **Q.  Who kicked you in your face?**
11     A.  I don't know.  I can't recall his name.
12     **Q.  Weren't you -- you said you were looking at**
13 **that time?**
14     A.  I was looking.  At first they kicked me in
15 my face.  You know, my face -- I just put my face
16 toward the ground.  He started kicking me in my face
17 again.
18     **Q.  Okay.  Who was the officer that kicked you**
19 **in the face?**
20     A.  I don't know.
21     **Q.  What did they look like?**
22     A.  I would say my height.
23     **Q.  So about 5, 8?**
24     A.  Yeah.  That's all I know, and he was white.

Page 51

1      **Q.  He was white.  You don't remember what his**
2  **hair looked like?**
3      A.  No.
4      **Q.  Eye color?**
5      A.  No.
6      **Q.  Was he heavy or skinny?**
7      A.  He was average size.
8      **Q.  Average size?  What would you think is**
9  **average size?**
10     A.  I would say about like 150.
11     **Q.  150?  Okay.  And would you say he was older**
12 **or younger?**
13     A.  I ain't really get a good look at his face
14 like that.
15     **Q.  But you could see at the time.**
16     A.  I would say he's probably young.
17     **Q.  What do you think is young?**
18     A.  Probably his late 20s.
19     **Q.  And do you remember which of his feet he**
20 **kicked you with?**
21     A.  No.
22     **Q.  How did he kick you?**
23     A.  He lift his leg up and just kicked me.
24     **Q.  Like did he lift his leg up or lift his leg**

Page 52

1  **back?**
2      A.  He lift it up.
3      **Q.  So -- I'm sorry.  What?**
4      A.  He tried to stub me.
5      **Q.  And where did his foot connect with?**
6      A.  My face.
7      **Q.  Where on your face?**
8      A.  My left side.  Like my jaw.
9      **Q.  Okay.  And then what happened?**
10     A.  After that, they was kicking me and they
11 finally stopped.  I don't know what made them stop,
12 but they finally stopped.
13     **Q.  Did you hear anybody?**
14     A.  No, not that I remember.  I can't remember.
15     **Q.  And this was all taking place in between the**
16 **double doors?**
17     A.  Yes.
18     **Q.  How big is that area between the double**
19 **doors?**
20     A.  The same -- same measurements as the last
21 one.
22     **Q.  So about the size of a cell?**
23     A.  Yeah.
24     **Q.  And you said there were how many people**

**ALARIS LITIGATION SERVICES**
www.alaris.us        Phone: 1.800.280.3376        Fax: 314.644.1334

**JUWAN MOORE  1/9/2019**

Page 53

1  total?
2      A.  There was eight.
3      Q.  Okay.  And then when they just randomly
4  stopped, what happened?
5      A.  They got me up.  They walked me through the
6  door again.  Now, this door you got to walk through.
7  You got to get buzzed in.  It's like a slide door.
8  You got to get buzzed in.
9      Q.  So you're buzzed in?
10      A.  They buzzed in.  They threw me to the ground
11  when we walked through the double doors, the sliding
12  door.  After they threw me to the ground, they all
13  started kicking me again and they all took turns
14  punching me with like a glove they had on.
15          They're like knuckles.  It's like a knuckle
16  glove.  They all took turns hitting just me with the
17  glove 'til I finally went to sleep.
18      Q.  They were wearing gloves?
19      A.  Yeah.  It's like a special glove, like.
20  They got like knuckle parts.  It's like -- it's hard.
21      Q.  All of them?
22      A.  They all took turns.
23      Q.  They all took turns with one pair of gloves?
24      A.  A pair of gloves.

Page 54

1      Q.  So there was one pair of gloves and they
2  passed them amongst all eight people.
3      A.  While one of them was holding my head, the
4  other ones was taking turns punching me in my face
5  with the glove on.  They all took turns doing it.
6      Q.  Can you describe these gloves?  They're
7  leather you said.
8      A.  Yeah, they're gloves.
9      Q.  What color were they?
10      A.  Black.
11      Q.  So they were black.  They were leather.  Do
12  you remember anything else about the gloves?
13      A.  No.  I know the knuckle part's hard.
14      Q.  The knuckle part is hard?
15      A.  Yeah.  It's like -- like plastic almost.
16      Q.  Okay.  Are there fingers in these gloves?
17      A.  Yeah, there's fingers.
18      Q.  Are they more like boxing gloves?
19      A.  No.  There's fingers in gloves.
20      Q.  Okay.  Do they look like any other type of
21  glove?  Like, you know, how like they're -- you have
22  like your gardening gloves.  You have your gloves for
23  warmth.  You have gloves, you know, for driving
24  gloves.  Do they look like any of those types of

Page 55

1  gloves?
2      A.  Like motorcycle gloves, I want to believe.
3  That's how I got the cut on my face.
4      Q.  And throughout this whole thing, how many
5  people hit you?
6      A.  They all took turns, eight of them.
7      Q.  So they each took a turn to punch you with
8  these gloves?
9      A.  Yeah.  Yes.
10      Q.  And so was there one person punching you at
11  a time?
12      A.  Yeah.  Like one guy was holding me up --
13  holding my face up, the other one's punching me.
14  They took turns rotating.
15      Q.  Okay.  And how was your hair at that time?
16  Was it about the same length it is now?
17      A.  No.  I have a picture.  It's like a 'fro.
18      Q.  So was it a little shorter than it is now?
19      A.  Yeah.
20      Q.  Okay.  And then you said there are the
21  double doors.  Let's go back to them.  And you have
22  to be buzzed into the part of segregation.  Correct?
23      A.  The prior door you get buzzed.  It's like a
24  slide-in door.

Page 56

1      Q.  So there are three doors?
2      A.  You pass the double door.  You walk three
3  steps.  Then there's going to be a slide-in door.
4  You either go straight there or you can make a left
5  or you can make a right.  You go straight.
6      Q.  If you go straight in, that's segregation.
7      A.  Yeah.  Going straight in, that's
8  segregation.
9      Q.  And you said you get buzzed in.
10      A.  Yeah.  It's like a slide-in door.
11      Q.  Okay.  Is there a camera there?
12      A.  I mean there's cameras around, but I don't
13  know where exactly they're located.
14      Q.  Well, how does somebody see you so they can
15  buzz you in?
16      A.  No.  It's like they can see you come through
17  the door.  You can see them.  When you first come in,
18  right in front of you there's a slide-in door on the
19  side a little bit.  Then there's a tower.  The tower
20  is right there.
21      Q.  Is there somebody always sitting there at
22  the tower to buzz you in?
23      A.  Yeah.
24      Q.  Was there somebody sitting there at the

**ALARIS LITIGATION SERVICES**
www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

## Page 57

1  tower that day?

2      A.  Yes.  That's how we got buzzed in.

3      Q.  Do you remember who was sitting at the tower

4  that buzzed you in?

5      A.  No.  I can't remember how tall he was.  None

6  of that.  I don't remember whether it was a he or a

7  she.

8      Q.  Okay.  And do women sometimes work that

9  tower?

10     A.  Yes, ma'am.

11     Q.  And from the tower can you see in the

12  vestibule area?

13     A.  Yes.

14     Q.  So anybody who was sitting at that tower

15  would have been able to see what was going on in the

16  vestibule area.

17     A.  Yes.

18     Q.  So would they have been able to see if you

19  were hit or kicked in that vestibule area?

20     A.  How it was like, yeah, they could see.  They

21  could see.

22     Q.  Okay.  And once you get through the sliding

23  door, can the people from the tower see you there?

24     A.  Yeah.  You just turn around you can see

## Page 58

1  them.

2      Q.  Okay.  Was there somebody in the tower while

3  you were getting punched?

4      A.  Yes.

5      Q.  Did anybody in the tower do anything?

6      A.  They're all together.

7      Q.  What do you mean, they're all together?

8      A.  I mean they're all coworkers, so they're

9  going to stick together.  They ain't going to stop

10  anything.

11     Q.  Did anybody in the tower come out to stop

12  what was going on?

13     A.  No.

14     Q.  Did anybody from the tower say anything?

15     A.  Not that I know of.  I didn't hear them.

16     Q.  But you are certain that there was somebody

17  in the tower.

18     A.  Yes.

19     Q.  Do you know how many people were in the

20  tower?

21     A.  One.

22     Q.  One?

23     A.  Yes.

24     Q.  About how long did this go on where they

## Page 59

1  were punching you and then passing the glove?

2      A.  It got to the last person.  After he punched

3  me, I went to sleep.

4      Q.  Okay.  So after all eight people punched

5  you, you then went to sleep.

6      A.  Yes.

7      Q.  Do you remember about how many punches each

8  person got in?

9      A.  A punch a piece.

10     Q.  So they would punch, pass the glove?

11     A.  Yes.

12     Q.  And then you fell asleep after the last

13  person.

14     A.  Yes.

15     Q.  And when did you wake up?

16     A.  When I finally woke up, I was in the

17  bullpen.  That's where the nurses around.

18     Q.  Do you know how long -- how much time had

19  passed from when you had passed out until you woke

20  up?

21     A.  No.

22     Q.  Do you know what time it was when you woke

23  up?

24     A.  No, I don't remember.  I don't know exactly

## Page 60

1  what time it was.

2      Q.  Okay.  But you said the nurse was there

3  when you woke up or she came in after you woke up?

4      A.  She came in after I woke up.  When I just

5  woke up, she was walking in.

6      Q.  So do you remember walking into the bullpen?

7      A.  No.  I was dragged in, I believe.

8      Q.  You believe you were dragged in there.  What

9  leads you to believe that you were dragged in there?

10     A.  Because I got scars all over my face and the

11  last thing I remember, I was on the floor.

12     Q.  Okay.  And where were your pants at this

13  time?

14     A.  My pants?  I didn't have any pants on.

15     Q.  They were off totally?

16     A.  Yeah, they was off totally.

17     Q.  When you woke up, where were your pants?

18     A.  My pants was gone.  The only thing I woke up

19  with was my boxers, one of my boots, and my tank top

20  was ripped off.

21     Q.  Okay.  So let's go to the -- do you remember

22  the packet that I was talking about?

23     A.  Yeah.

24     Q.  Can you go to page -- it's Bates-stamp

**ALARIS LITIGATION SERVICES**

www.alaris.us          Phone: 1.800.280.3376          Fax: 314.644.1334

**JUWAN MOORE  1/9/2019**

Page 61

1  00007.  Okay?  And it's an outpatient progress note
2  and the date and time says February 2nd, 2018.
3      A.  Yes.
4      Q.  Was this the note from the nurse?
5      A.  Yes.
6      Q.  Okay.  And this is a note from the nurse
7  right after you woke up?
8      A.  No.  This is in Pontiac.  This is in
9  Pontiac.
10      Q.  Okay.  So where did this situation occur?
11      A.  When I saw the nurse, I was in Mt. Sterling
12  still.
13      Q.  You were where?
14      A.  Mt. Sterling.
15      Q.  In Mt. Sterling.
16      A.  Yes.
17      Q.  Okay.  So -- but it was on February 2nd?
18      A.  Yes.  I got an emergency transfer and got
19  here.
20      Q.  So flip forward a page to page 6 -- or not
21  6.  Flip forward two pages.  Page 6 is blank.  Flip
22  to page 5.
23      A.  It's Pontiac.  Yeah, it will say Pontiac.
24      Q.  What does it say at the top left-hand

Page 62

1  corner?
2      A.  It says CWIC 2/2/18.
3      Q.  So this is from February 2nd, 2018?
4      A.  Yes.
5      Q.  At Western?
6      A.  Yes.
7      Q.  And what time does it say?
8      A.  10:20.
9      Q.  Okay.  So this is from the morning that you
10  say this happened?
11      A.  Yes.
12      Q.  Okay.  Do you recall if you had any -- is
13  this from when the nurse spoke to you right after you
14  woke up?
15      A.  No.  This -- when the nurse spoke to me, she
16  just took my (unintelligible).  When I got down there
17  I didn't see no nurse.
18      Q.  Okay.  So when is this 10:20 a.m. note from?
19      A.  I want to believe -- I can't really tell
20  you.  I think that's from Mt. Sterling.
21      Q.  Okay.  Let's flip to page 00003.  Do you see
22  that?
23      A.  Yes.
24      Q.  Okay.  Is this -- this date and time says

Page 63

1  February 2nd, 2018 at 9:00 a.m.
2      A.  Right.  Correct.
3      Q.  Is this the note from the nurse from when
4  you first woke up?
5      A.  Yes.
6      Q.  Okay.  Okay.  So did you talk to that nurse?
7      A.  Yes.  She had asked me what happened.
8      Q.  I'm sorry?
9      A.  She was asking me what happened.
10      Q.  And what did you tell her?
11      A.  I told her the same story.
12      Q.  You told her that people punched you?
13      A.  Yes.  I said they jumped on me.
14      Q.  Okay.  And would you say that she took good
15  notes from this conversation you had with her?
16      A.  About reading this paper?
17      Q.  Yeah.
18      A.  Man, I thought she could have even put more.
19      Q.  But would you say that anything she wrote
20  down was false or a lie?
21      A.  Where I say refuse medical care, I didn't
22  refuse.  They ain't never asked me.
23      Q.  No.  I'm looking at page 3.
24      A.  Oh.  Page 3?

Page 64

1      Q.  Yes.
2      A.  No.
3      Q.  Okay.  So nothing she said was a lie.
4      A.  No.
5      Q.  Okay.  So she said that you -- it says you
6  have -- in the size and depth of injury that there
7  was a 2 centimeter in diameter injury to your right
8  cheek.
9      A.  Yes.
10      Q.  So what do you understand 2 centimeters to
11  be?  Like how big do you think that is?
12      A.  About -- man, like a circle.  I can't really
13  -- like this big.
14      Q.  So pretty -- would you think it's big or
15  pretty small?
16      A.  Small?  It's big.  Big.
17      Q.  You think 2 centimeters is pretty big?
18      A.  On your face, yeah.
19      Q.  Okay.  She said it was to your right cheek.
20      A.  Yes.
21      Q.  Is that accurate?
22      A.  Yes.
23      Q.  So you had about a 2-inch injury on your
24  right cheek.

16 (Pages 61 to 64)

**JUWAN MOORE 1/9/2019**

Page 65

```
 1      A.  Yes.
 2      Q.  And then its says there was about a 1 inch
 3  on your right eyelid.
 4      A.  Yeah.
 5      Q.  Okay.  And did she place anything on either
 6  of those cuts?
 7      A.  She gave me three stitches to my right eye.
 8      Q.  Stitches?  Is she allowed -- did she --
 9      A.  She used tape.  Like tape.
10      Q.  Okay.  So tape.
11      A.  It's called stitches, tape, or something
12  like that.  Something like that.
13      Q.  Would it be called Steri-Strip tape?
14      A.  Yes.
15      Q.  Okay.  She put three of those --
16      A.  Yes.
17      Q.  -- on the cut on your eye.
18      A.  Yes.
19      Q.  Okay.  And she notes that there was
20  swelling.
21      A.  Yes.
22      Q.  And it says SM space AMT.  Right?
23      A.  Yes.
24      Q.  Would you understand that to mean a small
```

Page 66

```
 1  amount?
 2      A.  It was small amounts in different spots.
 3      Q.  I'm sorry.  What?
 4      A.  There were small amounts of bruises in
 5  different spots on my face.
 6      Q.  Okay.  So she said that there's no bleeding.
 7  Was that correct?
 8      A.  Man, it's not all correct.
 9      Q.  So there was bleeding?
10      A.  Yeah, there was bleeding.  There was still
11  red dripping a little bit because she had to clean it
12  up.
13      Q.  Okay.  So it was dripping a little bit?
14      A.  Yeah.
15      Q.  What do you mean by a little bit?
16      A.  Like you could see the blood.  Like the
17  blood was like coming down.  She was wiping it before
18  she put the stitches on.
19      Q.  Okay.  About how much blood do you think you
20  lost?
21      A.  I can't even give you the exact amount.
22      Q.  Do you think you lost --
23      A.  A lot or a little?
24      Q.  A lot or a little.  Yeah, let's go with
```

Page 67

```
 1  that.
 2      A.  Man, lost a little blood.
 3      Q.  A little blood?  So it was dripping down,
 4  you said?
 5      A.  Yeah.
 6      Q.  Okay.  And where was it dripping down from?
 7      A.  My eye.
 8      Q.  Which eye?
 9      A.  My right eye.
10      Q.  So the injury that she noted above your
11  right eyelid?
12      A.  Yes.
13      Q.  So was the -- the injury on your right
14  cheek, was that bleeding at all?
15      A.  It was red.  It wasn't dripping.
16      Q.  Okay.  Were there any other injuries?
17      A.  Yeah.  My lip was bust open.  Both my eyes
18  was black.  My cheek got another bruise on there.  My
19  chin had another bruise on there and blood on my
20  right eye again on the other side.  I had a bruise up
21  there and I had a knot on my forehead.
22      Q.  But none of this is on the sheet.
23      A.  I actually got a picture of it.
24      Q.  Okay.  But none of those injuries are on
```

Page 68

```
 1  your sheet.  Correct?
 2      A.  Except for the bruises to my jaw, the 2
 3  centimeters, and my eye, the three stitches.
 4      Q.  So did you tell the nurse about any of the
 5  other injuries?
 6      A.  I didn't know.  I didn't have a mirror.  My
 7  face was like numb.
 8      Q.  Okay.  But did you complain of anything else
 9  besides what she wrote done?
10      A.  My right hand.
11      Q.  Your right hand?
12      A.  Like my hand.  My wrist.  It was aching.
13      Q.  Okay.
14      A.  Small amount on my side and my leg.
15      Q.  What was the -- the right hand was aching.
16  What was that aching from?
17      A.  Probably the handcuffs.  By me having
18  handcuffs when they stuck them on my hand.
19      Q.  And you said a knot on your right side?
20      A.  My left side.
21      Q.  On left side.  And what was that from?
22      A.  Probably from them kicking me so much.
23      Q.  And what else did you say you had?
24      A.  My right leg was hurting.
```

17 (Pages 65 to 68)

**JUWAN MOORE  1/9/2019**

Page 69

1    Q.   Where on your right leg?
2    A.   A little down from my knee, my knee.
3    Q.   And what was that hurting from?
4    A.   From them kicking me.
5    Q.   Okay.  And let's go back to the injuries on
6  your face.  Besides the right cheek and the right
7  eyelid --
8    A.   Yeah.
9    Q.   -- and the right side of the jaw you said?
10    A.   Yes.
11    Q.   What was the right side of the jaw hurting
12  from?
13    A.   From them punching me with the glove on.
14    Q.   Okay.  So what else did you have on your
15  face?
16    A.   I had two black eyes.
17    Q.   Two black eyes?
18    A.   Yes.
19    Q.   Okay.
20    A.   I had a knot on top of my head.
21    Q.   What side?
22    A.   Just a little knot.
23    Q.   What side of your head?
24    A.   Oh, the side.  It was between.

Page 70

1    Q.   Like on the top of the middle of your head?
2    A.   Yeah.
3    Q.   What else?
4    A.   I had -- my chin was busted open.  My lips
5  were busted open.
6    Q.   Were they bleeding?
7    A.   I mean they were just red, like scarred up,
8  but my lip was bleeding.
9    Q.   Was it bleeding a little or a lot?
10    A.   A little.
11    Q.   Did you tell the nurse?
12    A.   Man, she saw it bleeding.  She wiped it.
13    Q.   Did she treat it in any way?
14    A.   No.
15    Q.   Did the nurse give you any type of pain
16  medication?
17    A.   No.
18    Q.   Did she give you any like ice or anything?
19    A.   No.  She just cleaned my face, put the
20  stitches on there, and go on about her business.
21    Q.   Okay.  And then -- so you saw that nurse at
22  9:00 a.m. that day.  Correct?
23    A.   Yes.
24    Q.   And then we have -- we go to page 5 and you

Page 71

1  said that there is -- and this is marked at 10:20
2  a.m.
3    A.   Yes.
4    Q.   So you -- did you see somebody at that time?
5    A.   I believe I did.
6    Q.   Would you say that this -- this health
7  status transfer summary is accurate?
8    A.   Except for they say I refused.  I hadn't
9  refused anything.
10    Q.   Okay.  But they described your appearance.
11  Would you say that that is accurate?
12    A.   They do what?
13    Q.   Towards the bottom it has a description of
14  your appearance.  It says physical appearance slash
15  behavior.
16    A.   Oh, yeah.  Well, cut above the eye -- right
17  eye?
18    Q.   Is that accurate?
19    A.   Yes.
20    Q.   Okay.  So that's at 10:20 a.m.  Was that at
21  Western?
22    A.   Where they document this?
23    Q.   Yes.
24    A.   I don't know.  When I ordered my medical

Page 72

1  record I saw this.  I don't really know about this.
2    Q.   You don't know when they talked to you?
3    A.   Yeah, I know when they talked to me.  They
4  talked to me down there.  A counselor, nurses did.
5    Q.   So on February 2nd, 2018, did you talk to
6  someone before you were transferred?
7    A.   Yeah, I talked to a nurse.
8    Q.   Okay.  And then at 4:45 on page Bates-stamp
9  00007, did you speak to a nurse once you got to
10  Pontiac?
11    A.   I spoke to somebody.  I don't know if it was
12  a nurse or not.
13    Q.   Did you talk to them about your medical
14  situation?
15    A.   She asked me what happened.  I told her I
16  had got jumped.
17    Q.   Okay.  And would you say that this is an
18  accurate portrayal of your conversation with whoever
19  you talked to once you got to Pontiac?
20    A.   No.
21    Q.   What do you think is inaccurate?
22    A.   Where this says refuse medical attention.
23  She asked was I okay and I told her no, I needed
24  medical attention.

18 (Pages 69 to 72)

**JUWAN MOORE  1/9/2019**

Page 73

1    Q.  And what type of medical attention were you
2  seeking?
3    A.  Man, everything.  My body was aching.
4    Q.  Did you say that?
5    A.  Yeah.  I told her that my body was aching.
6    Q.  Did she give you anything?
7    A.  No.  She told me I would be fine.
8    Q.  Were you standing up at the time that you
9  were talking to her?
10    A.  Yes.
11    Q.  Okay.  Were you actively bleeding at the
12  time you were talking to her?
13    A.  No.
14    Q.  Okay.  Did she tell you how to get ahold of
15  medical attention if you needed it?
16    A.  Not that I remember.
17    Q.  When you walked away from that conversation,
18  or the nurse walked away, did you know how to get
19  ahold of medical -- the medical department if you
20  needed it?
21    A.  No.  I had to learn from inmates.
22    Q.  Okay.  So nobody talked to you about how to
23  get ahold of medical personnel?
24    A.  No, not that I remember.

Page 74

1    Q.  Not that you remember.
2        You've gone to a couple of different
3  facilities.  Correct?
4    A.  I only went to two facilities.  Mt. Sterling
5  and Pontiac.
6    Q.  Okay.  But do you get a handbook when you
7  come in?
8    A.  Yes.
9    Q.  Were you given a handbook when you got to
10  Pontiac?
11    A.  Yes.
12    Q.  Were you informed of the procedures on how
13  things work at Pontiac?
14    A.  Not that I remember.  I can't remember.
15    Q.  You don't remember?
16    A.  She went through the package.  The
17  counselor, like, went through the package.
18    Q.  Okay.  And did you sign off that you got the
19  package?  The packet?
20    A.  I believe so.
21    Q.  Did you ask any questions?
22    A.  No.  I was aching.
23    Q.  Okay.  But you didn't have any questions?
24    A.  I didn't ask no questions.

Page 75

1    Q.  Okay.  So you said that you had some
2  injuries.  Right?
3    A.  Yes.
4    Q.  Going through your injuries, did you ever
5  seek any medical attention after February 2nd, 2018?
6    A.  Yes, about my right hand.
7    Q.  About your right hand?
8    A.  Yes.
9    Q.  Who did you ask about your right hand?
10    A.  Nurse.  I put in sick call.
11    Q.  When?
12    A.  I don't know the exact date, but I know one
13  of them was they saw me on 3/31/18 for my right hand.
14    Q.  So March 31st.
15    A.  Yes.
16    Q.  So between February 2nd and March 31st, did
17  you complain about your right hand?
18    A.  I mean I put in sick call while we was on
19  lockdown.  We had a major lockdown in February.
20    Q.  Okay.
21    A.  She said doctor's going to have to
22  reschedule.  Kept on rescheduling.
23    Q.  Okay.  So between February 2nd and
24  March 31st, was your right hand treated at all?

Page 76

1    A.  No.
2    Q.  What was wrong with your right hand?
3    A.  It was aching.  I couldn't really grip
4  nothing.  Like -- like my right hand had nerve
5  damage.
6    Q.  It had nerve damage?
7    A.  Yeah.
8    Q.  Have you seen a doctor about that nerve
9  damage?
10    A.  Yes.
11    Q.  And did that doctor diagnose you with nerve
12  damage?
13    A.  Yeah.  They actually gave me medication for
14  it now.
15    Q.  Do you remember which doctor diagnosed you
16  with nerve damage?
17    A.  No, ma'am.
18    Q.  Was it a doctor at Pontiac?
19    A.  Yes.
20    Q.  Do you know when they diagnosed you with
21  nerve damage?
22    A.  No, I don't remember the exact date.
23    Q.  You have your medical notes.  You said that
24  you went through them.  Correct?

19 (Pages 73 to 76)

JUWAN MOORE  1/9/2019

## Page 77

1    A.  Yes.
2      Q.  Do you know -- do you see in there where you
3    were diagnosed with having nerve damage?
4      A.  I'd have to get it out.  They started giving
5    me Ibuprofens.  Then they finally gave me Keppra.
6    It's K-E-P-P-R-A, at 10/4/18.
7      Q.  And that was for the nerve damage?
8      A.  Yes.
9      Q.  I don't have anything on there.  Okay.  And
10   you said they gave you Ibuprofen?
11     A.  They kept giving me Ibuprofen.  Told me to
12   take them.  It should calm it down because I kept
13   putting in and it took like three times to see a
14   doctor from the schedule she was on.  It took me a
15   long time.  Kept putting in three months.
16     Q.  So you put in for three months to see the
17   doctor and then finally in October -- I'm sorry.
18   What?
19     A.  It's three times a month before I was sent
20   to see a doctor.
21     Q.  Okay.  So how many times did you put in
22   about your hand?
23     A.  A lot of times.
24     Q.  Can you guess?

## Page 78

1      A.  Altogether I put in over like -- like over
2    ten times.  They kept giving me Ibuprofens.
3      Q.  Were you seeing people when you were getting
4    the Ibuprofen?
5      A.  Yeah.  You go to sick call and they ask you
6    what's your problem and you tell them.  Then they
7    have to schedule you for -- give you Ibuprofens or
8    they'll schedule you to see a doctor.
9      Q.  So all the times they gave you Ibuprofen
10   they did not send you to see the doctor.
11     A.  No, because I didn't do the three times a
12   month thing.
13     Q.  Because you didn't do the three times a
14   month thing?
15     A.  I ain't never made it through the three time
16   thing a month.  You got to see the doctor at least
17   three times a month.  For three times in one month I
18   wanted to see the doctor, but they rescheduled it.  I
19   only made it to two.
20     Q.  So let me clarify.  You have to go to sick
21   call three times in one month before they will allow
22   you to see the doctor.
23     A.  Yes.
24     Q.  And you said that the hand -- your hand was

## Page 79

1    -- your hand injury was from the handcuff.
2      A.  Yes.
3      Q.  Okay.  Have the abrasions on your face
4    healed up?
5      A.  Yes.
6      Q.  Has your jaw healed up?
7      A.  Yeah, it healed up.
8      Q.  It healed up?
9      A.  Yeah.
10     Q.  Okay.  Did the knot on your side go away?
11     A.  Yeah, it went away a couple of months later.
12     Q.  Okay.  Okay.  And so besides your hand, does
13   anything else bother you?
14     A.  I really can't see out of my right eye.
15     Q.  You can't see out your right eye.
16     A.  Yeah.
17     Q.  When did that begin?
18     A.  That began a couple of weeks after -- after
19   the incident happened.  I kept going over there and
20   seeing the eye doctor.  They didn't have one at the
21   time.  So I had to wait a couple of months.  I had to
22   call.  They called me and they took me to UIC and got
23   tested on my eye.
24     Q.  And what did the test determine?

## Page 80

1      A.  Man, they rescheduled me.  This happened in
2    November they saw me at UIC and rescheduled me.  I
3    just went like a week, a week and a half ago and then
4    I'm going to wait on the test to come back then.
5      Q.  When you saw the eye doctor, did he
6    prescribe you any sort of corrective lenses?
7      A.  No.  He just -- they just ran tests.
8      Q.  Okay.  So you can see well enough that you
9    didn't qualify for corrective lenses?
10     A.  I can't see at all.
11     Q.  You can't see out of your right eye at all?
12     A.  No.
13     Q.  Since when?
14     A.  Since I was in the incident.  A couple of
15   weeks later everything is like blurry.
16     Q.  You can't see at all or it's blurry?
17     A.  It's blurry.
18     Q.  Okay.  So it's blurry, but you can see out
19   of it.
20     A.  I can't hardly -- everything -- like I can't
21   see nothing.  It's like I can see shadows.  There's
22   shadows like objects, but I can't see what it is.
23     Q.  Okay.  So when you went to the doctor, they
24   didn't give you any sort of corrective lenses though?

ALARIS LITIGATION SERVICES
www.alaris.us            Phone: 1.800.280.3376            Fax: 314.644.1334

**JUWAN MOORE  1/9/2019**

Page 81

1    A.  No.
2    Q.  So would your medical records from the eye
3  doctor show how well you could see or how well he
4  could determine you could see?
5    A.  I didn't get that -- I didn't get that far.
6  I'd have to order it.
7    Q.  Okay.  I wasn't aware that you had seen the
8  eye doctor in regards to an injury.
9    A.  I mean I just saw the doctor like a week and
10  a half ago.  He put me on a machine.  Ran the tests
11  on my eye.  I went down there and come back.
12    Q.  Okay.  Did they ask you to do a bunch of
13  different tests?
14    A.  Yeah.  They asked me -- gave me a bunch of
15  different tests.
16    Q.  And what kind of tests were they?
17    A.  Read the letters off the wall.  Like a
18  coloring book -- what color is the book.  Stuff like
19  that.
20    Q.  Okay.  So like a regular eye test?
21    A.  Yeah.  Just put me on the machine last week.
22    Q.  Okay.  And when you did that regular eye
23  test, did he say that you need corrective lenses?
24    A.  I can't remember.

Page 82

1    Q.  You can't remember.
2    A.  I don't remember if he said that or not.
3    Q.  Okay.  Have you ever worn contacts or
4  glasses before?
5    A.  Yeah, I wear glasses before.
6    Q.  Do you still wear glasses?
7    A.  No.
8    Q.  Why do you not still wear glasses?
9    A.  Man, I just need glasses to read small
10  words.  I don't really need glasses.  I could see --
11  because I could see at the time.  So I stopped
12  wearing them when I was a kid.
13    Q.  Okay.  So as an adult you've never worn
14  glasses.
15    A.  No.
16    Q.  Okay.  And you said -- when did your
17  eyesight stop working?
18    A.  I said like six weeks after the incident.
19    Q.  So six weeks after the incident.
20    A.  Yeah.
21    Q.  You just said a couple of weeks.
22    A.  That's how I say a couple of weeks.  That's
23  how -- I said a couple of weeks.  Like six weeks,
24  month and a half.

Page 83

1    Q.  Okay.  Before then you could see perfectly?
2    A.  Before then?  What do you mean before then?
3    Q.  Before your eyes -- before the six weeks
4  after the incident you could see perfectly?
5    A.  Yeah, I could see perfectly.  I know when
6  this went out.
7    Q.  Okay.  And so your two lasting injuries are
8  the hand with the nerve damage.  Correct?
9    A.  Yes.
10    Q.  And then the eye.  Correct?
11    A.  Yes.
12    Q.  And with your hand, they've been giving you
13  this Keppra for the nerve damage?
14    A.  They were giving me Keppra.  They switched
15  it to the Nor -- N-O-R-T-R-I-P-T-Y-L-L-I-N-E.
16    Q.  I'm sorry.  Can you spell that again?
17    A.  N-O-R-T-R-I-P-T-Y-L-L-I-N-E.
18    Q.  Okay.  And is that treating the nerve
19  damage?
20    A.  No.  I just talked to a doctor yesterday and
21  they upped my dose.
22    Q.  Okay.  And with the eye, you're still
23  waiting for the results of the test.
24    A.  Yes.

Page 84

1    Q.  Do you have any other injuries?
2    A.  No.
3    Q.  Okay.  And going back to February 2nd, 2018,
4  can you name any of the eight people -- I'm sorry --
5  the nine people that you said were there?
6    A.  Campbell and Cooley.
7    Q.  Campbell and Cooley?
8    A.  Yeah.
9    Q.  Do you recall any time specifically when
10  Officer Cooley touched you besides at the beginning
11  of the incident?
12    A.  Yes.  Between -- you're talking when he
13  touched me?
14    Q.  Yeah.  Besides when he cuffed you up, when
15  did he touch you?
16    A.  He touched me when he grabbed my arm.
17    Q.  Okay.  But after that, did he touch you
18  again?
19    A.  He pushed my head against the wall.
20    Q.  After you were cuffed up and on the
21  ground --
22    A.  Right.
23    Q.  -- you were then taken out to walk to
24  segregation.  Correct?

21 (Pages 81 to 84)

**JUWAN MOORE  1/9/2019**

---

Page 85

1    A. Yes.
2    **Q. Did Cooley walk with you to segregation?**
3    A. Yes, because he was the one -- he was one of
4    the ones who punched me in the face when they was
5    taking turns.
6    **Q. Okay. So was that the next time that he**
7    **touched you?**
8    A. Yeah, that I know of, yes.
9    **Q. And how many times did he punch you when**
10   **then were taking turns punching you?**
11   A. Once.
12   **Q. And did he have on the gloves?**
13   A. Yes.
14   **Q. Do you remember which number he was in the**
15   **people who were punching you?**
16   A. No, ma'am.
17   **Q. Do you remember how many people were before**
18   **him?**
19   A. Seemed like -- I'd say either like two or
20   three.
21   **Q. Okay. So he might have been three or four**
22   **in line.**
23   A. Right.
24   **Q. Do you remember where that glove came from?**

---

Page 86

1    A. No, ma'am. That glove came out of nowhere.
2    **Q. Have you ever seen a glove like that before?**
3    A. Man, (unintelligible) got some brass knuckle
4    gloves.
5    **Q. Some prize knuckle gloves?**
6    A. Brass knuckles.
7    **Q. So these are gloves that have built-in brass**
8    **knuckles?**
9    A. I guess -- I wouldn't say they have built-in
10   brass knuckles, but they -- the knuckle part is made
11   like -- it's made like a knuckle. It's like hard.
12   It ain't like a glove part, like rubber. It's a hard
13   glove to describe.
14   **Q. I've never heard of any gloves like this.**
15   **So you're going to have to be very specific. Was it**
16   **just one glove?**
17   A. Yeah, one glove.
18   **Q. And what size -- which hand did it go on?**
19   A. The right hand.
20   **Q. And it was black, you said?**
21   A. Black.
22   **Q. And it was leather?**
23   A. It was like (unintelligible).
24   **Q. Earlier you said it was leather.**

---

Page 87

1    A. You said it was leather. I didn't say it
2    was leather.
3    **Q. You said it was leather. So what material**
4    **was it?**
5    A. It was like a cotton -- how do you describe
6    it? It's another type of glove. It's not like a
7    leather jacket.
8    **Q. It was like a leather jacket?**
9    A. Not like a leather jacket.
10   **Q. Not like a leather jacket.**
11   A. It was like another type of glove. Other
12   form of glove. I can't describe it or the name of
13   it.
14   **Q. Was it like your T shirt material?**
15   A. Like cotton?
16   **Q. Yeah.**
17   A. It was something like that.
18   **Q. So it was a cotton glove that was black.**
19   **Correct?**
20   A. Right.
21   **Q. And it had individual fingers.**
22   A. Yes.
23   **Q. But it wasn't like a regular glove you've**
24   **ever seen.**

---

Page 88

1    A. I mean I saw a glove like that.
2    **Q. Oh. Where? Like what -- in what situation**
3    **did you see a glove like this?**
4    A. In a fight.
5    **Q. So it's like a fighting glove?**
6    A. They use it as a fighting glove.
7    **Q. Who's they?**
8    A. The people that I was hanging around with.
9    **Q. Okay. Do you know where you would get a**
10   **glove like this?**
11   A. No. That's my second time seeing a glove
12   like that in my life.
13   **Q. Okay. And you don't know who brought the**
14   **glove out.**
15   A. No.
16   **Q. Do you know who put the glove in their**
17   **pocket when they were done?**
18   A. No. I was sleeping.
19   **Q. So you said that -- in your complaint,**
20   **you're asking for how much?**
21   A. First I was asking for 100,000.
22   **Q. Okay. Now how much are you asking for?**
23   A. What I wanted to settle up was, you mean?
24   Or what I'm asking for still now?

---

22 (Pages 85 to 88)

**JUWAN MOORE  1/9/2019**

Page 89

1    Q.  What are you asking for now?
2    A.  I'm still asking for 100,000.
3    Q.  $100,000.  And where did you get that number
4    from?
5    A.  I just came up with a number.
6    Q.  Did you do any research about injuries?
7    A.  No, ma'am.
8    Q.  Did you look at any previous lawsuits or
9    cases from other inmates?
10    A.  No.  I just -- a lot of people was telling
11    me about it.  So I just --
12    Q.  You said other people.  Do you mean inmates?
13    A.  Other inmates, yeah.
14    Q.  Telling you about what?
15    A.  Like a law case.  Telling like a person won
16    this much through this incident.  Person won this
17    much through this incident.  So I just came up with
18    100,000.
19    Q.  Okay.  And why do you - why would you ask a
20    jury to give you $100,000?
21    A.  Pain and suffering.
22    Q.  Pain and suffering?
23    A.  Yeah.
24    Q.  Okay.  So how long did your pain last after

Page 90

1    the incident?
2    A.  From time to time I still have pain in my
3    right hand.
4    Q.  Okay.  Did the doctor say how long you're
5    going to have that pain in your right hand?
6    A.  No.
7    Q.  Okay.
8    A.  He tried to treat it by giving me medication
9    hoping that would work.  They don't know the time
10    limit.
11    Q.  Okay.  And how have you suffered?
12    A.  By going through the altercation.  Suffering
13    through the altercation, bruised up, and I still have
14    nightmares about it.
15    Q.  You have nightmares?  Have you complained of
16    those nightmares?
17    A.  Yeah, I actually did.
18    Q.  To who?
19    A.  I put into sick call and I was telling the
20    nurse about it.  I'm having like nightmares.  I be
21    hearing voices and stuff like that telling me to do
22    stuff and they diagnosed me to see a doctor.
23    Q.  And have you been talking to a doctor?
24    A.  Yeah.  You have to -- yeah.  I talked to a

Page 91

1    doctor and he asked me what it was too.  You talk to
2    a person face-to-face once a month.
3    Q.  And is this like a mental health person?
4    A.  Yes.
5    Q.  Okay.  So your mental health notes would
6    have any information on these nightmares that you're
7    having.
8    A.  Yeah.
9    Q.  Okay.  And but besides this -- the pain and
10    suffering, the $100,000 is just you kind of came up
11    with it.
12    A.  Yes.
13    Q.  How much money have you paid for medical
14    treatment for these injuries?
15    A.  Over 100.
16    Q.  Over $100?
17    A.  I'd say.  I don't know the exact amount.
18    Q.  So when you're paying for medical things,
19    how much is sick call?
20    A.  $5.
21    Q.  So it's $5 sick call.  How many times have
22    you gone to sick call?
23    A.  A lot.
24    Q.  How many times?  Go every day?  Go every

Page 92

1    week?  Go every month?
2    A.  I'd say more than like 13 -- 13, 15 times.
3    Q.  So you've been to sick call 13 to 15 times.
4    A.  Yes.
5    Q.  And each time costs you $5.
6    A.  Yes.
7    Q.  Did you have to purchase any medication?
8    A.  I mean they gave Ibuprofens.
9    Q.  Do they charge you for that?
10    A.  Yeah.  I mean it's part of the $5.
11    Q.  Oh.  It's part of the $5.  So it's not an
12    extra charge.
13    A.  No.
14    Q.  So have you had to pay extra for any type of
15    medication?
16    A.  No.
17    Q.  So you've paid $5 13 to 15 times.
18    A.  Right.  Correct.
19    Q.  Have you paid any other money for your
20    medication or medical stuff?
21    A.  No.
22    Q.  So that's the total amount of money that
23    you've paid for your medical stuff.
24    A.  Yes.

23 (Pages 89 to 92)

**JUWAN MOORE  1/9/2019**

Page 93

1     Q.  Okay.  Have you paid any other money to go
2  see the mental health people?
3     A.  No.  They just call you like once a month.
4     Q.  Okay.  Well, those are all the questions
5  that I have.  Do you have anything that you'd like to
6  tell me?
7     A.  The only thing I just wanted to show you my
8  pictures.  That was it.
9     Q.  Is it the picture of yourself from the day
10  of the incident?
11     A.  Yes.
12     Q.  Okay.  I believe I have that, but if you
13  have anything that you wanted to share, you can
14  always send that over in discovery.
15     A.  All right.  So -- all right.
16     Q.  So do you have any questions, though, or is
17  there anything that you'd just like to add to make
18  sure that it gets on the record?
19     A.  Uh-uh.
20     Q.  Okay.  So before the court reporter's done,
21  she can ask you if you'd like to -- if you'd like
22  to --
23     (Wherein, an off-the-record discussion was
24  held.)

Page 94

1     MS. SENOR-MOORE:  Q  You're able to read
2  over what the court reporter typed up because you're
3  asked to sign.
4     A.  Right.
5     Q.  Would you like a copy so that you can read
6  over and sign or would you trust that she has taken
7  an accurate account of what we've said here today?
8     A.  Read over and sign.
9     Q.  You'd like to read it over and sign?
10     (Wherein, an off-the-record discussion was
11  held.)
12     MS. SENOR-MOORE:  Q  So did you hear that or
13  do you want me to explain it?
14     A.  Can you explain it?
15     Q.  So what will happen is we'll send over a
16  copy.  You'll be given the copy.  You'll get to go in
17  a room and read it.  If you'd like to make any
18  corrections, they'll let you know -- or you can let
19  them know what corrections you'd like to make and
20  then sign it and then it will get sent back.
21     A.  All right.
22     Q.  So is that what you'd like to do or would
23  you like to just agree that what she's typed up is
24  accurate?

Page 95

1     A.  I'd like to read it over.
2     MS. SENOR-MOORE:  Okay.  I don't have
3  anything else.
4     (Deposition concluded at 3:36.)

Page 96

1     CERTIFICATE
2
3     I, Julie A. Brown, Certified Court Reporter,
4  within and for the State of Illinois, do hereby
5  certify that the witness whose testimony appears in
6  the foregoing deposition was duly sworn by me; that
7  the testimony of said witness was taken by me to the
8  best of my ability and thereafter reduced to
9  typewriting under my direction; that I am neither
10  counsel for, related to, nor employed by any of the
11  parties to the action in which this deposition was
12  taken, and further that I am not a relative or
13  employee of any attorney or counsel employed by the
14  parties thereto, nor financially or otherwise
15  interested in the outcome of this action.
16
17
18
19     _____
20     IL CSR# 084-004174
21
22  My license expires May 31, 2019.
23
24

24 (Pages 93 to 96)

**JUWAN MOORE  1/9/2019**

Page 97

```
 1              Alaris Litigation Services
                   711 North 11th Street
 2                St. Louis, Missouri 63101
 3          Phone (314) 644-2191 * Fax (314) 644-1334
 4      .

 5              January 18, 2019

 6       Ms. Sierra Senor-Moore
         500 South Second Street
 7       Springfield, Illinois 62701
 8       In Re:  Juwan Moore vs. Travis L. Cooley, et al
 9
         Dear Ms. Senor-Moore:
10
         Please find enclosed your copy of the deposition of
11       Juwan Moore taken on January 9, 2019, in the
         above-referenced case.  Also enclosed is the original
12       signature page and errata sheets.
13       Please have the witness read your copy of the
         transcript, indicate any changes on the errata
14       sheets, and sign the signature page.
15       Please return the errata sheets and signature page to
         the Production Department of Alaris Litigation
16       Services in St. Louis, Missouri.
17       Thank you for your attention to this matter.
18       Sincerely,
19       Julie A. Brown, CSR
20       Enclosure
21
22
23
24
```

Page 99

```
 1       STATE OF ILLINOIS )
 2       COUNTY OF SANGAMON)
 3
 4       I, Juwan Moore, do hereby certify:
 5          That I have read the foregoing deposition;
 6          That I have made such changes within the
 7       deposition as might be necessary to render the same
 8       true and correct;
 9          That having made such changes thereon, I hereby
10       subscribe my name to the deposition.
11          I declare under penalty of perjury that the
12       foregoing is true and correct.
13
14          Executed this _____ day of _____,
15       2018, at _____.
16
17          _____
18                  Juwan Moore
19
20
21
         My License Expires:  May 31, 2019
22       Signature page to Ms. Sierra Senor-Moore
         JAB - Juwan Moore - January 9, 2019
23       Juwan Moore vs. Travis L. Cooley, et al
24
```

Page 98

```
 1       NAME:  Juwan Moore
         DATE OF DEPOSITION:  January 9, 2019
 2       RE:  Juwan Moore vs. Travis L. Cooley, et al
 3       Page _____ Change _____
 4       Line _____ Reason _____
 5
 6       Page _____ Change _____
 7       Line _____ Reason _____
 8
 9       Page _____ Change _____
10       Line _____ Reason _____
11
12       Page _____ Change _____
13       Line _____ Reason _____
14
15       Page _____ Change _____
16       Line _____ Reason _____
17
18       Page _____ Change _____
19       Line _____ Reason _____
20
21
22       _____  _____
23          Date          Witness signature
24
```

25 (Pages 97 to 99)

**JUWAN MOORE  1/9/2019**

---

**A**

**a.m** 62:18 63:1 70:22 71:2,20
**Abetify** 11:9
**Abilify** 11:8,10 11:23
**ability** 12:4,6,10 96:8
**able** 28:15 42:19 57:15,18 94:1
**abnormally** 31:20
**above-refere...** 97:11
**abrasions** 79:3
**accident** 47:6,7
**account** 94:7
**accurate** 64:21 71:7,11,18 72:18 94:7,24
**aching** 68:12,15 68:16 73:3,5 74:22 76:3
**action** 96:11,15
**actively** 73:11
**add** 93:17
**adjust** 35:2,5
**adjustments** 35:22
**adult** 82:13
**affect** 12:6,10
**affiliated** 10:8,11
**afternoon** 1:14
**age** 4:10 7:19
**ago** 80:3 81:10
**agree** 94:23
**AGREED** 4:1
**ahead** 13:18
**ahold** 73:14,19 73:23
**ain't** 51:13 58:9 63:22 78:15 86:12
**al** 1:7,21 6:18 97:8 98:2

---

99:23
**Alaris** 3:20 97:1 97:15
**allow** 5:3 78:21
**allowed** 65:8
**altercation** 90:12,13
**altogether** 16:12 20:20 37:19 38:20 39:3 78:1
**amount** 66:1,21 68:14 91:17 92:22
**amounts** 66:2,4
**AMT** 65:22
**ankles** 39:24 41:11 45:14
**answer** 9:1,2,4 12:4
**answering** 6:6
**anybody** 52:13 57:14 58:5,11 58:14
**appearance** 71:10,14,14
**appears** 96:5
**area** 21:11,14 26:22,24 27:2 27:3,3,4,9 28:5,7 32:4 38:4,22 39:7 39:11 40:7 52:18 57:12,16 57:19
**arm** 18:5,15,21 22:16 23:10,13 23:14,15,16,18 23:19,21,22 23:24 24:1,1,2 24:3,4,5 40:6 40:18 41:6,7,7 84:16
**Armed** 9:6,7
**arms** 23:11,12
**Asian** 30:22

---

**asked** 17:21 18:17 41:23 63:7,22 72:15 72:23 81:14 91:1 94:3
**asking** 19:7 63:9 88:20,21 88:22,24 89:1 89:2
**asleep** 59:12
**Assistant** 3:6
**assume** 5:1
**attention** 14:12 72:22,24 73:1 73:15 75:5 97:17
**attorney** 1:15 3:6 5:11,13,16 96:13
**August** 7:21
**average** 51:7,8 51:9
**aware** 81:7

---

**B**

**back** 22:23,24 26:17 35:14,17 35:20 38:2 42:1,17 46:18 47:18 48:22 52:1 55:21 69:5 80:4 81:11 84:3 94:20
**backtrack** 22:14
**backwards** 24:16,16,17,20
**balance** 35:7 44:24
**banging** 22:5 26:16
**Bates-stamp** 7:7,10,11 60:24 72:8
**began** 79:18

---

**beginning** 84:10
**behalf** 4:11
**behavior** 71:15
**believe** 14:10 29:12,14,14,16 55:2 60:7,8,9 62:19 71:5 74:20 93:12
**best** 96:8
**beyond** 13:2
**big** 27:3 28:7 52:18 64:11,13 64:14,16,16,17
**Bipolar** 10:20
**birthday** 7:20 7:21
**bit** 15:9 16:1 35:9,11 56:19 66:11,13,15
**black** 30:22 33:16 54:10,11 67:18 69:16,17 86:20,21 87:18
**blank** 61:21
**bleeding** 66:6 66:9,10 67:14 70:6,8,9,12 73:11
**blood** 66:16,17 66:19 67:2,3 67:19
**blue** 43:7
**blurry** 80:15,16 80:17,18
**body** 23:5,8,9 28:22 49:6,7 73:3,5
**book** 81:18,18
**boots** 60:19
**born** 7:23
**bother** 79:13
**bottom** 6:17 7:9 71:13
**boxers** 60:19

---

**boxing** 54:18
**brass** 86:3,6,7 86:10
**break** 34:6
**brought** 88:13
**Brown** 1:16 3:20 4:4 96:3 97:19
**bruise** 67:18,19 67:20
**bruised** 90:13
**bruises** 66:4 68:2
**built-in** 86:7,9
**bullpen** 59:17 60:6
**bunch** 81:12,14
**business** 17:24 70:20
**bust** 47:18 67:17
**busted** 70:4,5
**buzz** 56:15,22
**buzzed** 53:7,8 53:9,10 55:22 55:23 56:9 57:2,4

---

**C**

**C** 3:1
**C-A-M-P-B-E-...** 13:19
**call** 7:6 75:10,18 78:5,21 79:22 90:19 91:19,21 91:22 92:3 93:3
**called** 7:9 11:8 14:20 65:11,13 79:22
**calm** 77:12
**Camel** 13:16
**camera** 56:11
**cameras** 56:12
**Cameron** 13:14
**Campbell** 13:13 13:15 14:4 29:6,7,9,12

---

**JUWAN MOORE  1/9/2019**

29:20 48:13
48:16,22
49:13 84:6,7
**care** 63:21
**carried** 38:8,9
**carry** 41:3 42:12
**carrying** 38:6
38:19 40:1
**case** 1:5 5:21
89:15 97:11
**cases** 89:9
**casket** 41:3
**caught** 44:21
44:22,23 45:1
**cause** 1:17
**cell** 15:19 28:12
52:22
**Center** 8:15
**centimeter**
64:7
**centimeters**
64:10,17 68:3
**Central** 1:1,19
**certain** 1:17
58:16
**CERTIFICATE**
96:1
**Certified** 1:17
4:4 96:3
**certify** 96:5
99:4
**Change** 98:3,6
98:9,12,15,18
**changes** 97:13
99:6,9
**charge** 92:9,12
**cheek** 64:8,19
64:24 67:14
67:18 69:6
**chest** 19:23
**Chicago** 8:2
**chin** 67:19 70:4
**choice** 24:15
**circle** 64:12
**city** 8:1
**clarify** 78:20

**classes** 8:5
**classroom** 16:21
**clean** 66:11
**cleaned** 70:19
**clockwise** 49:1
**close** 31:12
**closer** 15:1
**clothes** 42:24
**college** 8:5
**color** 30:24
31:14 33:19
44:11 48:7
51:4 54:9
81:18
**coloring** 81:18
**come** 35:9,11
36:11 37:11
47:12,15 49:17
56:16,17 58:11
74:7 80:4
81:11
**coming** 16:13
20:16,17,18
42:24 49:17
49:23 66:17
**commenced**
4:7
**complain** 68:8
75:17
**complained**
90:15
**complaint** 13:7
88:19
**concluded**
95:4
**concrete** 36:21
36:24 37:1
**connect** 19:22
20:12 52:5
**connected**
47:12,13
**connection**
19:17
**consist** 12:20
**contacts** 82:3
**continue** 12:7

45:6
**conversation**
63:15 72:18
73:17
**Cooley** 1:7,20
6:18 17:5,8,20
18:12,19 19:17
19:22 20:3,13
20:21 22:4,15
23:1 25:22
26:16 84:6,7
84:10 85:2
97:8 98:2
99:23
**Cooley's** 25:14
**copy** 94:5,16,16
97:10,13
**corner** 62:1
**correct** 5:21,22
8:12,13 55:22
63:2 66:7,8
68:1 70:22
74:3 76:24
83:8,10 84:24
87:19 92:18
99:8,12
**correctional**
8:15 17:3
**corrections**
8:12,21,24
9:16,21 10:3,13
10:24 11:2
13:24 94:18,19
**corrective** 80:6
80:9,24 81:23
**costs** 92:5
**cotton** 87:5,15
87:18
**counsel** 3:5 4:2
96:10,13
**counselor**
17:22 25:17,17
25:19 27:14
72:4 74:17
**COUNTY** 99:2
**couple** 5:15

74:2 79:11,18
79:21 80:14
82:21,22,23
**course** 36:7
**court** 1:1,17,18
4:4,16 5:6
15:2 93:20
94:2 96:3
**coworkers**
58:8
**credits** 9:13
**CSR** 3:20,21
96:20 97:19
**cuff** 19:8,10,11,12
19:14,19 22:19
24:12 25:15,15
26:6,9
**cuffed** 26:11,15
27:11 84:14,20
**current** 7:19
**currently** 5:10
8:11,14,23 9:10
9:20 13:21
**custody** 8:11,20
**cut** 55:3 65:17
71:16
**cuts** 65:6
**CWIC** 62:2

### D

**damage** 76:5,6
76:9,12,16,21
77:3,7 83:8,13
83:19
**dark** 31:3 44:13
44:15
**date** 6:14 61:2
62:24 75:12
76:22 98:1,23
**day** 1:14 14:12
57:1 70:22
91:24 93:9
99:14
**Dear** 97:9
**decent** 28:8,9
**declare** 99:11

**Defendants** 1:8
1:21 3:5 4:2,11
**denied** 5:17,18
**department**
8:12,21,23
9:16,20 10:2
10:12,24 11:2
13:23 73:19
97:15
**deposes** 4:11
**deposition** 1:11
4:3,7 12:8,16
95:4 96:6,11
97:10 98:1
99:5,7,10
**depositions** 9:2
**depth** 64:6
**describe** 28:9
31:8 41:5 54:6
86:13 87:5,12
**described** 71:10
**description** 2:7
71:13
**designation**
10:3
**determine**
79:24 81:4
**diagnose** 76:11
**diagnosed**
10:19,22 76:15
76:20 77:3
90:22
**diameter** 64:7
**different** 11:16
11:17 40:5,20
66:2,5 74:2
81:13,15
**difficult** 5:6
**direction** 24:7
24:13 96:9
**discovery** 93:14
**discussion**
93:23 94:10
**District** 1:1,1,18
1:19
**doctor** 10:23,24

**JUWAN MOORE  1/9/2019**

11:1,3,5,20
76:8,11,15,18
77:14,17,20
78:8,10,16,18
78:22 79:20
80:5,23 81:3
81:8,9 83:20
90:4,22,23
91:1
**doctor's** 11:13
75:21
**doctors** 11:17
**document**
71:22
**documents**
13:2,5
**doing** 18:18 19:7
19:20 22:20
54:5
**door** 18:7,8,24
19:1,3 21:8,9,11
21:15,17,17,19
22:24 24:8,9
24:10,20,21
24:22,23 25:1
25:2,4,6,9,12
25:13,15,16
30:6 32:13
40:8 47:11,15
49:16 53:6,6
53:7,12 55:23
55:24 56:2,3
56:10,17,18
57:23
**doorknob** 25:7
**doors** 15:24
21:6 24:24
26:24 36:11
52:16,19 53:11
55:21 56:1
**doorways**
15:22
**dose** 83:21
**double** 21:7
24:24 36:11
47:11,15,16

52:16,18 53:11
55:21 56:2
**dragged** 60:7,8
60:9
**dragging** 44:20
45:18,20
**drawstring**
43:8
**dripping** 66:11
66:13 67:3,6
67:15
**Drive** 1:15
**driving** 54:23
**duly** 96:6

---
**E**

**E** 3:1,1
**Earlier** 86:24
**education** 8:8
**effect** 4:15
**eight** 1:13 20:20
20:23 27:7,8
27:13,14 37:21
38:14,14,19,24
39:4,9,10,17
48:2,11,12
53:2 54:2
55:6 59:4
84:4
**either** 40:19
56:4 65:5
85:19
**elbow** 32:3
34:19
**Eleven** 8:19 9:9
**emergency**
61:18
**employed**
96:10,13
**employee**
96:13
**enclosed** 97:10
97:11
**Enclosure**
97:20
**entire** 12:7

21:20 22:11
29:1 37:18
**errata** 97:12,13
97:15
**escorting** 16:15
**estimate** 28:20
50:6,7
**et** 1:7,20 6:18
97:8 98:2
99:23
**ethnicity** 33:14
**everybody**
16:13 47:24
48:1 49:17
**evidence** 12:17
12:18
**exact** 7:3 28:12
50:6 66:21
75:12 76:22
91:17
**exactly** 45:12
48:16 56:13
59:24
**Examination**
2:3 4:12
**examined** 1:12
4:10
**Executed** 99:14
**EXHIBIT** 2:7
**EXHIBITS** 2:5
**expires** 96:22
99:21
**explain** 94:13,14
**expressly** 4:6
**extra** 92:12,14
**eye** 47:17 51:4
65:7,17 67:7,8
67:9,20 68:3
71:16,17 79:14
79:15,20,23
80:5,11 81:2,8
81:11,20,22
83:10,22
**eyelid** 65:3
67:11 69:7
**eyes** 31:14 67:17

69:16,17 83:3
**eyesight** 82:17

---
**F**

**face** 24:10
28:16 32:11
34:6,10 35:1
44:2 46:23
50:9,10,15,15
50:15,16,19
51:13 52:6,7
54:4 55:3,13
60:10 64:18
66:5 68:7
69:6,15 70:19
79:3 85:4
**face-to-face**
91:2
**faced** 43:22
**facilities** 74:3,4
**facing** 23:18
32:7,12 34:10
**fall** 34:5,5,8,21
35:10,24 36:2
36:4,10 41:24
42:6,9,23
43:3 46:14
**falling** 24:19
32:23 34:2
35:3,6 43:11
43:12,15
44:23 46:3,7
**false** 63:20
**far** 14:6 15:18,20
16:2,14 42:5,5
81:5
**Fax** 97:3
**February** 14:16
15:12 16:10
61:2,17 62:3
63:1 72:5 75:5
75:16,19,23
84:3
**feel** 34:7
**feet** 27:19 28:10
42:8 51:19

**fell** 36:22 37:1
37:10 38:1
39:21 41:12
42:4,6 46:2,3
46:8 47:18,21
59:12
**felonies** 9:19
**felt** 34:20
**fight** 88:4
**fighting** 10:6
88:5,6
**filed** 12:13 13:7
**filling** 49:23
**finally** 19:8 22:6
46:3 52:11,12
53:17 59:16
77:5,17
**financially**
96:14
**find** 97:10
**fine** 73:7
**fingers** 54:16,17
54:19 87:21
**finish** 5:4 8:3
**first** 6:13 12:14
14:4,7,9 17:21
34:15 37:4
40:23 41:24
42:6 44:7
46:8 47:12,15
50:14 56:17
63:4 88:21
**five** 6:19 32:22
33:2 38:12,15
**flip** 61:20,21,21
62:21
**floor** 60:11
**foot** 46:19 47:1
52:5
**foregoing** 96:6
99:5,12
**forehead** 67:21
**forenoon** 1:13
**form** 87:12
**forward** 61:20
61:21

**JUWAN MOORE  1/9/2019**

**four** 37:8,14,17
  37:23 38:1,3,5
  39:3,4,5,22
  42:10 85:21
**fro** 55:17
**front** 6:9 23:2
  43:23 47:1
  56:18
**further** 96:12

---
### G
**gallery** 16:23
  16:24 32:14
**gang** 10:7,12
**gangs** 10:9
**gardening**
  54:22
**gate** 16:1 36:12
  36:12,18
**gathered** 12:17
  12:18
**General** 1:15
  3:6
**generally** 9:2,4
**getting** 42:23
  58:3 78:3
**give** 28:12 50:6
  66:21 70:15,18
  73:6 78:7
  80:24 89:20
**given** 74:9
  94:16
**giving** 77:4,11
  78:2 83:12,14
  90:8
**glancing** 46:18
**glass** 18:22,23
  18:24 19:6
  47:17
**glasses** 44:5
  82:4,5,6,8,9
  82:10,14
**glove** 53:14,16
  53:17,19 54:5
  54:21 59:1,10
  69:13 85:24

86:1,2,12,13,16
  86:17 87:6,11
  87:12,18,23
  88:1,3,5,6,10
  88:11,14,16
**gloves** 53:18,23
  53:24 54:1,6
  54:8,12,16,18
  54:19,22,22
  54:23,24 55:1
  55:2,8 85:12
  86:4,5,7,14
**go** 6:23 8:5
  13:12,18 15:16
  16:2,6 17:1,13
  18:2,6,7 24:13
  25:15,16 36:11
  36:12 37:14
  45:23 55:21
  56:4,5,6
  58:24 60:21
  60:24 66:24
  69:5 70:20
  70:24 78:5,20
  79:10 86:18
  91:24,24 92:1
  93:1 94:16
**going** 4:18 7:6
  7:10 15:8,15
  16:2,13,22
  18:6 19:4 21:7
  21:10 24:17,19
  24:20,23
  30:6 34:5,7,21
  56:3,7 57:15
  58:9,9,12
  75:4,21 79:19
  80:4 84:3
  86:15 90:5,12
**good** 9:13 35:15
  51:13 63:14
**grab** 18:4
**grabbed** 18:2,3
  18:5,8,13,15
  19:5 22:15
  23:10,17,19

29:24 30:1
  84:16
**grant** 5:4
**grip** 76:3
**ground** 22:6
  26:18 27:17,21
  27:22,23,24
  28:16 32:8
  41:22,22
  43:22 45:2
  47:18,21 50:16
  53:10,12 84:21
**guess** 6:10
  77:24 86:9
**guy** 55:12
**gym** 36:18

---
### H
**hair** 31:1 33:19
  44:11,15,16
  48:7 51:2
  55:15
**haircut** 31:4,5,6
  31:8,9
**half** 80:3 81:10
  82:24
**hand** 23:10
  37:6,6 40:2
  68:10,11,12,15
  68:18 75:6,7,9
  75:13,17,24
  76:2,4 77:22
  78:24,24 79:1
  79:12 83:8,12
  86:18,19 90:3
  90:5
**handbook** 74:6
  74:9
**handcuff** 79:1
**handcuffs** 18:10
  19:9 21:1,2,3,4
  22:2,3,4,10,13
  27:17 68:17,18
**hands** 19:18,21
  20:8,13 22:9
  22:12 23:7

32:10 34:4,9
  34:11,18,19
  39:24
**hanging** 88:8
**happen** 94:15
**happened** 16:11
  17:20 26:15
  41:23 42:3,9
  47:20 52:9
  53:4 62:10
  63:7,9 72:15
  79:19 80:1
**hard** 53:20
  54:13,14 86:11
  86:12
**hat** 33:23
**hats** 33:21
**head** 22:5
  26:16,19
  28:24 31:12
  32:7,11 34:4
  34:10,11 43:22
  48:24 49:2
  54:3 69:20
  69:23 70:1
  84:19
**healed** 79:4,6,7
  79:8
**health** 71:6 91:3
  91:5 93:2
**hear** 5:6 12:4
  52:13 58:15
  94:12
**heard** 86:14
**hearing** 15:3
  90:21
**heavy** 51:6
**height** 20:7
  50:22
**held** 19:21
  93:24 94:11
**help** 37:3
**helped** 13:9,11
  37:4 41:13
**helping** 25:18
  25:22

**helps** 28:14
**high** 8:3,6,9
**highest** 8:8
**hit** 26:19 47:17
  55:5 57:19
**hitting** 53:16
**holding** 19:18
  23:11,12,14,15
  23:16,23 24:2
  31:24 32:2
  34:19 37:7
  38:14,19 40:15
  41:2,3,4,5,10
  54:3 55:12,13
**hoping** 90:9
**hours** 1:13
**housing** 21:7
**hurried** 44:23
**hurting** 68:24
  69:3,11

---
### I
**Ibuprofen** 77:10
  77:11 78:4,9
**Ibuprofens**
  77:5 78:2,7
  92:8
**ice** 70:18
**ID** 18:1
**IDC** 47:12
**IDOC** 6:18
**ignored** 43:18
**IL** 96:20
**Illinois** 1:1,15,16
  1:19 3:7,21
  7:24 8:1,12
  9:16 10:2,12
  96:4 97:7 99:1
**illness** 6:5 10:16
**immediately**
  29:23
**inaccurate**
  72:21
**inch** 20:7 65:2
**inches** 31:19,21
**incident** 14:13

**JUWAN MOORE 1/9/2019**

32:20 79:19
80:14 82:18,19
83:4 84:11
89:16,17 90:1
93:10
**include** 20:21
**included** 6:10
27:14
**including** 16:12
**INDEX** 2:1
**indicate** 97:13
**individual** 87:21
**information**
91:6
**informed** 74:12
**injuries** 67:16
67:24 68:5
69:5 75:2,4
83:7 84:1 89:6
91:14
**injury** 64:6,7,23
67:10,13 79:1
81:8
**inmate** 13:20
**inmates** 16:7,8
16:9,16 17:11
73:21 89:9,12
89:13
**inside** 15:5
36:15 45:15,16
**interested**
96:15
**involved** 15:12

**J**
**JAB** 99:22
**jacket** 87:7,8,9
87:10
**January** 1:12
97:4,11 98:1
99:22
**jaw** 52:8 68:2
69:9,11 79:6
**Johnson** 17:13
**Jones** 17:14
**Julie** 1:16 3:20

4:3 96:3 97:19
**jumped** 63:13
72:16
**June** 13:8
**jury** 89:20
**Juwan** 1:4,11,19
3:3 4:9 9:24
97:8,11 98:1,2
99:4,18,22,23

**K**
**K-E-P-P-R-A**
77:6
**keep** 35:7 41:15
**Keppra** 77:5
83:13,14
**kept** 32:23
34:2 35:20
41:17 75:22
77:11,12,15
78:2 79:19
**kick** 48:18 50:1
51:22
**kicked** 28:15,18
28:22,23 29:4
29:12,15,16,18
50:4,5,9,10,14
50:18 51:20
51:23 57:19
**kicking** 27:24
28:2,24 41:18
41:18 47:24
48:17 49:13,18
49:19,21,22
50:3,16 52:10
53:13 68:22
69:4
**kid** 82:12
**kind** 17:23
22:14 49:9
81:16 91:10
**knee** 69:2,2
**knew** 43:12
**knob** 25:11
**knot** 67:21
68:19 69:20

69:22 79:10
**know** 4:21 7:14
9:10 11:11,13
11:20 13:23
14:6,9 17:9,17
20:4 21:3
25:8,20 28:3
30:15 40:3,4
40:13 41:1 43:1
43:21 44:6,10
44:16 47:4
48:7,7,13
50:11,15,20,24
52:11 54:13,21
54:23 56:13
58:15,19 59:18
59:22,24
68:6 71:24
72:1,2,3,11
73:18 75:12,12
76:20 77:2
83:5 85:8
88:9,13,16
90:9 91:17
94:18,19
**knowledge**
29:15
**known** 9:23
**knuckle** 53:15
53:20 54:13
54:14 86:3,5
86:10,11
**knuckles** 53:15
86:6,8,10

**L**
**L** 1:7,20 97:8
98:2 99:23
**lasting** 83:7
**late** 51:18
**law** 89:15
**lawful** 4:10
**lawsuit** 5:14
**lawsuits** 12:13
89:8
**lay** 27:21

**laying** 27:24
**lead** 19:3
**leads** 60:9
**learn** 73:21
**leather** 54:7,11
86:22,24 87:1
87:2,3,7,8,9
87:10
**leaving** 16:21
32:14
**left** 16:1 18:5,15
22:15 23:15,18
23:20,21,23
23:24 24:1,3,5
30:17 32:6
33:8,9 34:16
37:6 38:4,10
39:7 40:6,18
40:24 48:21
49:3,8,10,13
49:15,16 52:8
56:4 68:20,21
**left-hand** 36:19
61:24
**leg** 40:12,15,24
45:18 46:11
47:3,5 48:19
48:20,21
49:13 51:23
51:24,24
68:14,24 69:1
**legs** 41:10 45:12
45:14,16 46:12
**length** 55:16
**lenses** 80:6,9
80:24 81:23
**let's** 7:18 14:12
22:14 50:7
55:21 60:21
62:21 66:24
69:5
**letters** 81:17
**level** 8:8
**license** 96:22
99:21
**lie** 63:20 64:3

**lieutenant** 29:6
29:9,12,20
38:13,16,17,20
48:14,15,16
49:12
**life** 88:12
**lift** 51:23,24,24
52:2
**light** 44:15
**limit** 90:10
**line** 85:22 98:4
98:7,10,13,16
98:19
**lip** 67:17 70:8
**lips** 70:4
**listen** 12:4
**Litigation** 3:20
97:1,15
**little** 15:9 16:1
21:14 27:2
35:9,11 55:18
56:19 66:11,13
66:15,23,24
67:2,3 69:2
69:22 70:9,10
**living** 15:19
**located** 56:13
**lockdown** 75:19
75:19
**locked** 14:1
21:17
**long** 8:17,20
9:7 16:4 26:8
26:10 31:10
32:13,16,18
36:18 58:24
59:18 77:15
89:24 90:4
**look** 33:3 43:20
44:4 50:21
51:13 54:20
54:24 89:8
**looked** 30:14
30:20 43:21
48:4 51:2
**looking** 7:16

**JUWAN MOORE  1/9/2019**

50:12,14
63:23
**lost** 66:20,22
67:2
**lot** 66:23,24
70:9 77:23
89:10 91:23
**Louis** 3:22 97:2
97:16
**low** 41:18
**lower** 48:19

---

**M**

**ma'am** 5:12 6:12
33:21 37:16
45:11 57:10
76:17 85:16
86:1 89:7
**machine** 81:10
81:21
**major** 75:19
**majority** 22:1
28:3
**male** 33:12,13
**man** 11:15 37:4
41:20 47:23
49:16 50:8
63:18 64:12
66:8 67:2
70:12 73:3
80:1 82:9
86:3
**March** 75:14,16
75:24
**marked** 6:18
71:1
**material** 36:20
36:22 87:3,14
**matter** 97:17
**mean** 19:23
29:6 31:4
33:18 34:24
35:13 37:22
41:19 56:12
58:7,8 65:24
66:15 70:7

75:18 81:9
83:2 88:1,23
89:12 92:8,10
**measurements**
28:13 52:20
**medical** 6:10
12:21 13:3,6
63:21 71:24
72:13,22,24
73:1,15,19,19
73:23 75:5
76:23 81:2
91:13,18 92:20
92:23
**medication**
5:23 6:1 11:7
11:21 70:16
76:13 90:8
92:7,15,20
**mental** 10:15
91:3,5 93:2
**messed** 43:19
**microphone**
15:1,5
**middle** 70:1
**mine** 6:13,23
**minutes** 16:5
32:23 33:2
**mirror** 68:6
**Missouri** 3:22
97:2,16
**MKD** 2:7
**money** 91:13
92:19,22 93:1
**month** 77:19
78:12,14,16,17
78:17,21 82:24
91:2 92:1 93:3
**months** 8:19
77:15,16 79:11
79:21
**Montvale** 1:15
**Moore** 1:4,11,19
3:3 4:9 6:18
9:24 15:8
97:8,11 98:1,2

99:4,18,22,23
**morning** 5:24
16:10 62:9
**motorcycle**
55:2
**mouth** 15:2
**move** 15:1 18:7
**moving** 24:18
**Mt** 14:17,20,20
61:11,14,15
62:20 74:4

---

**N**

**N** 3:1
**N-O-R-T-R-I-P...**
83:15,17
**name** 9:23
10:21 11:13
13:12 14:4,6,7
14:8,9 17:10,13
17:18 25:20
39:13,14,14
40:4 43:1
50:11 84:4
87:12 98:1
99:10
**names** 28:4
30:8
**necessary** 99:7
**need** 5:7 17:22
81:23 82:9,10
**needed** 72:23
73:15,20
**neither** 96:9
**nerve** 76:4,6,8
76:11,16,21
77:3,7 83:8,13
83:18
**never** 5:17 33:2
63:22 78:15
82:13 86:14
**nickname** 14:5
**nightmares**
90:14,15,16,20
91:6
**nighttime** 11:24

**nine** 27:15 29:9
84:5
**normally** 21:17
21:18 46:24
**North** 3:21 97:1
**note** 6:14 61:1,4
61:6 62:18
63:3
**noted** 67:10
**notes** 63:15
65:19 76:23
91:5
**November** 6:15
80:2
**numb** 68:7
**number** 6:18
7:7,7,9,11,11
50:6 85:14
89:3,5
**nurse** 60:2 61:4
61:6,11 62:13
62:15,17 63:3
63:6 68:4
70:11,15,21
72:7,9,12
73:18 75:10
90:20
**nurses** 59:17
72:4

---

**O**

**o'clock** 1:13,14
20:10
**oath** 4:15
**objection** 9:3
**objects** 80:22
**Obviously**
43:12
**occur** 61:10
**October** 77:17
**off-the-record**
93:23 94:10
**offender** 6:14
**officer** 17:3,7,9
17:20 18:12,19
19:17,22 20:3

20:13,21 25:14
39:16 43:1,19
43:20 44:8
45:6 46:9
50:18 84:10
**officer's** 44:15
**officers** 20:16
20:17,19,24
21:22 27:4,6,8
27:13 37:3,5,8
37:11,14,17,24
38:1,4,5,12,13
38:13,15,18,20
38:21 39:8,10
39:13 42:11
43:10,14 48:2
48:3 50:1
**offices** 1:14
**Oh** 63:24 69:24
71:16 88:2
92:11
**okay** 4:22 5:20
6:1,5,9,13 7:8
7:12,14,16,18
8:3,8,11,17 9:7
10:15 11:13,17
12:1,13 14:11,13
14:22 15:7,9
15:15 16:15
17:19 19:5,16
19:21 20:12,23
21:13,22 23:15
23:21 24:6,13
25:1 26:12
27:16 28:14
30:16 31:24
32:13 33:7
34:1,16 35:2
37:3 40:17
41:12 42:3
43:10,19,23
44:17,19 45:1
45:6,9,21
46:24 47:8,14
48:22 49:9
50:4,18 51:11

---

52:9 53:3
54:16,20
55:15,20
56:11 57:8,22
58:2 59:4
60:2,12,21 61:1
61:6,10,17
62:9,12,18,21
62:24 63:6,6
63:14 64:3,5
64:19 65:5,10
65:15,19 66:6
66:13,19 67:6
67:16,24 68:8
68:13 69:5,14
69:19 70:21
71:10,20 72:8
72:17,23 73:11
73:14,22 74:6
74:18,23 75:1
75:20,23 77:9
77:21 79:3,10
79:12,12 80:8
80:18,23 81:7
81:12,20,22
82:3,13,16
83:1,7,18,22
84:3,17 85:6
85:21 88:9,13
88:22 89:19
89:24 90:4,7
90:11 91:5,9
93:1,4,12,20
95:2
**older** 51:11
**once** 7:15 26:15
27:11,21,23
45:8 47:8
57:22 72:9,19
85:11 91:2
93:3
**one's** 55:13
**ones** 54:4 85:4
**open** 21:16,18
21:19 25:3,4,5
25:9,13 47:18

67:17 70:4,5
**opposite** 24:19
**order** 81:6
**ordered** 71:24
**original** 97:11
**originally** 21:9
**outcome** 96:15
**outpatient** 6:14
61:1
**outside** 15:24
18:2,6,7 19:4
20:17 30:5,6,7
36:15,16 44:14

---

**P**

**P** 3:1,1
**package** 74:16
74:17,19
**packet** 60:22
74:19
**page** 2:2,7 6:13
6:23,24 7:1,8
7:11 60:24
61:20,20,21
61:22 62:21
63:23,24
70:24 72:8
97:12,14,15
98:3,6,9,12,15
98:18 99:22
**pages** 7:2,5
61:21
**paid** 91:13 92:17
92:19,23 93:1
**pain** 70:15
89:21,22,24
90:2,5 91:9
**pair** 53:23,24
54:1
**pant** 45:18
**pants** 43:2,3,6
43:7,8,11,12,15
43:20 44:8,19
44:20 45:7,10
45:13,15,16
46:2,4,6,9,10

46:11,12,20
47:3,5 60:12
60:14,14,17,18
**paper** 63:16
**papers** 6:9
**paperwork** 6:10
**part** 10:7 23:5,8
28:23 29:9
54:14 55:22
86:10,12 92:10
92:11
**part's** 54:13
**parties** 96:11,14
**parts** 53:20
**pass** 56:2
59:10
**passed** 54:2
59:19,19
**passing** 59:1
**pay** 92:14
**paying** 91:18
**penalty** 99:11
**pending** 1:18
**people** 11:16
20:15 26:3,12
29:10 39:17
52:24 54:2
55:5 57:23
58:19 59:4
63:12 78:3
84:4,5 85:15
85:17 88:8
89:10,12 93:2
**perfectly** 83:1,4
83:5
**perjury** 99:11
**person** 13:12
32:5 33:3,5,7
33:23 34:3,16
40:2,5,6,14
40:20,21,23
48:12 55:10
59:2,8,13
89:15,16 91:2
91:3
**personnel**

73:23
**Pertaining**
12:23
**Phone** 97:3
**photo** 13:6
**photos** 12:21
**physical** 19:17
71:14
**pick** 29:7
**picked** 37:5
42:10,11
**picking** 39:6,24
**picture** 55:17
67:23 93:9
**pictures** 13:3
93:8
**piece** 59:9
**place** 29:1
52:15 65:5
**placed** 8:14,17
14:15
**Plaintiff** 1:5,20
4:2
**plastic** 54:15
**please** 5:3
97:10,13,15
**plenty** 35:4
**plus** 38:16,17,18
**pocket** 88:17
**point** 7:5 47:23
**pointed** 44:2
**Pontiac** 8:14,18
11:5 13:20,21
61:8,9,23,23
72:10,19 74:5
74:10,13 76:18
**portrayal** 72:18
**position** 32:10
33:4 34:9
35:15 42:2,17
**possible** 14:22
**Pousey** 17:14,16
**Pousky** 17:15
**prepare** 12:15
**prescribe** 11:7
80:6

**prescribed**
11:21
**pretty** 32:16
64:14,15,17
**prevent** 6:6
35:3,5
**previous** 89:8
**previously** 9:15
**prior** 55:23
**prison** 14:20
32:15
**prize** 86:5
**pro** 3:3
**probably** 31:21
47:7 51:16,18
68:17,22
**problem** 78:6
**problems**
42:22
**procedures**
74:12
**produced** 1:11
4:10
**Production**
97:15
**progress** 6:14
61:1
**pull** 45:9 46:12
**punch** 55:7
59:9,10 85:9
**punched** 58:3
59:2,4 63:12
85:4
**punches** 59:7
**punching** 53:14
54:4 55:10,13
59:1 69:13
85:10,15
**purchase** 92:7
**purpose** 47:5
**push** 25:9,12,13
**pushed** 19:6
84:19
**pushing** 18:21
19:12,15,19
21:15 22:21,22

JUWAN MOORE 1/9/2019

23:4,19,22,24
24:1,4,6,7,9,11
24:14,15,21,22
26:10 35:20
**put** 21:2,3 27:16
38:2 42:1,16
42:17 50:15
63:18 65:15
66:18 70:19
75:10,18 77:16
77:21 78:1
81:10,21 88:16
90:19
**putting** 22:12
77:13,15

**Q**

**qualify** 80:9
**question** 4:19
4:20 5:1,3,4
9:5
**questions** 2:2
4:18 6:6 7:14
7:19 12:4 74:21
74:23,24 93:4
93:16

**R**

**R** 3:1
**raise** 9:3
**ran** 80:7 81:10
**randomly** 53:3
**read** 81:17 82:9
94:1,5,8,9,17
95:1 97:13
99:5
**reading** 63:16
**real** 14:4,6
**really** 17:23
28:12 33:5
39:15 44:6
51:13 62:19
64:12 72:1
76:3 79:14
82:10
**reask** 4:20
**Reason** 98:4,7

**render** 99:7
**rephrase** 4:21
**reporter** 1:17
4:4 5:6 15:2
94:2 96:3
**reporter's**
93:20
**represent** 5:18
**representation**
5:20
**represented**
5:10
**reschedule**
75:22
**rescheduled**
78:18 80:1,2
**rescheduling**
75:22
**research** 89:6
**reserved** 4:6
**respect** 5:5
**respond** 5:4
**rest** 42:12
**restrain** 27:19
**restrained** 18:9
**results** 83:23
**retain** 5:16
**return** 97:15
**review** 13:2,5
**right** 4:17,23
5:2,9,19 6:20
7:13,17 8:13,16
9:6 10:21 14:14
15:7,10,11,20
15:21 16:3
19:11 21:1 22:17
23:14,16,19,22
23:23 24:1,2,4
26:5,7 29:22
30:8,17,18
31:24 32:2,12
33:3,5 34:3
36:13,13 37:6
39:15,17,19
40:2,6,12,15
41:6,14 45:23

**record** 72:1
93:18
**records** 6:11
12:21 13:3,6
81:2
**red** 66:11 67:15
70:7
**reduced** 96:8
**refer** 7:5,6
**refuse** 63:21,22
72:22
**refused** 71:8,9
**regards** 5:13
81:8
**regular** 31:9
81:20,22
87:23
**related** 96:10
**relative** 96:12
**released** 9:11
13:24
**remain** 12:7,11
**remember**
10:21 14:15
17:7,11 21:22
28:17 30:1,3,8
30:14,19,24
31:4,14 32:5
33:7,9,11,14,16
33:19,24 38:3
40:14 43:4
44:11 47:19
48:3 51:1,19
52:14,14 54:12
57:3,5,6 59:7
59:24 60:6,11
60:21 73:16
73:24 74:1,14
74:14,15 76:15
76:22 81:24
82:1,2 85:14
85:17,24

**recall** 20:19
21:13 50:11
62:12 84:9

46:8 47:17
49:22 56:5,18
56:20 61:7
62:13 63:2
64:7,19,24
65:3,7,22
67:9,11,13,20
68:10,11,15,19
68:24 69:1,6
69:6,9,11 71:16
75:2,6,7,9,13
75:17,24 76:2
76:4 79:14,15
80:11 84:22
85:23 86:19
87:20 90:3,5
92:18 93:15,15
94:4,21
**ripped** 60:20
**robbery** 9:6,7
**room** 14:23
36:19 94:17
**rotating** 55:14
**rubber** 86:12
**running** 20:15

**S**

**S** 3:1
**SANGAMON**
99:2
**saw** 33:5 61:11
70:12,21 72:1
75:13 80:2,5
81:9 88:1
**saying** 22:7
46:1
**says** 4:11 61:2
62:2,24 64:5
65:2,22 71:14
72:22
**scarred** 70:7
**scars** 60:10
**schedule** 77:14
78:7,8
**school** 8:3,6,9
15:13,16,16,18

16:6,14,18,21
16:22 17:1
**screaming**
17:23,24
**se** 3:3
**seated** 12:7,11
**second** 3:6
37:5,9,9 39:21
42:6,9,23
46:4 88:11
97:6
**see** 11:5,17
28:15 32:11,12
33:5 39:15,16
40:16,17,19,22
44:4,6,16
46:17,18,22
46:23 47:23
49:1,6,6,7,8,12
51:15 56:14,16
56:17 57:11,15
57:18,20,21
57:23,24
62:17,21 66:16
71:4 77:2,13,16
77:20 78:8,10
78:16,18,22
79:14,15 80:8
80:10,11,16,18
80:21,21,22
81:3,4 82:10,11
83:1,4,5 88:3
90:22 93:2
**seeing** 78:3
79:20 88:11
**seek** 75:5
**seeking** 73:2
**seen** 44:17 76:8
81:7 86:2
87:24
**seg** 10:6 29:8
29:21 30:4
**segregation**
29:19 32:14
34:2 37:15,23
38:7,8,22

**record** 72:1
98:10,13,16,19

**JUWAN MOORE  1/9/2019**

39:11 42:13,19
42:23 45:24
47:8,9,11
55:22 56:6,8
84:24 85:2
**send** 78:10
93:14 94:15
**Senor-Moore**
2:3 3:5 4:13
15:7 94:1,12
95:2 97:6,9
99:22
**sent** 6:10 77:19
94:20
**sentence** 9:8
**sentencing**
9:17
**series** 4:18
**Services** 3:20
97:1,16
**set** 9:10
**settle** 88:23
**seven** 32:22
33:2 38:20
**shadows** 80:21
80:22
**share** 93:13
**sheet** 67:22
68:1
**sheets** 97:12,14
97:15
**shirt** 87:14
**short** 31:10,11,12
44:7,7,9
**shorter** 20:5,7
32:24 33:8
55:18
**shorthand** 4:3
**show** 81:3 93:7
**sick** 75:10,18
78:5,20 90:19
91:19,21,22
92:3
**side** 30:11,18
31:24 32:2,6
32:12,15 33:3

33:5,8,10 34:3
34:17 36:19
39:15,17 41:18
49:4,7,8,15,16
49:22 50:2
52:8 56:19
67:20 68:14
68:19,20,21
69:9,11,21,23
69:24 79:10
**sides** 41:8
**Sierra** 3:5 97:6
99:22
**sign** 16:19 74:18
94:3,6,8,9,20
97:14
**signature** 4:5
97:12,14,15
98:23 99:22
**signing** 16:17,18
16:23,24 17:4
17:6,19
**Sincerely** 97:18
**sits** 15:5
**sitting** 56:21,24
57:3,14
**situation** 61:10
72:14 88:2
**six** 1:13 38:12,18
82:18,19,23
83:3
**size** 28:8,9,12
51:7,8,9
52:22 64:6
86:18
**skinny** 51:6
**slammed** 22:6
26:18 27:23
**slash** 71:14
**sleep** 53:17
59:3,5
**sleeping** 88:18
**slide** 53:7
**slide-in** 55:24
56:3,10,18
**sliding** 53:11

57:22
**SM** 65:22
**small** 27:2,3,4,9
64:15,16
65:24 66:2,4
68:14 82:9
**somebody** 13:9
47:9 56:14,21
56:24 58:2,16
71:4 72:11
**sorry** 14:18 32:9
48:6 52:3
63:8 66:3
77:17 83:16
84:4
**sort** 6:1 18:10
80:6,24
**South** 3:6 97:6
**sp** 17:14
**space** 49:23
65:22
**speak** 12:22
15:8 72:9
**SPEAKER** 15:4
**speaking** 5:8
**special** 53:19
**specific** 86:15
**specifically**
84:9
**spell** 11:11 13:18
17:17 83:16
**spoke** 62:13,15
72:11
**spots** 66:2,5
**Springfield** 1:16
3:7 97:7
**ssenormoore...**
3:8
**St** 3:22 97:2,16
**stack** 7:1,3
**stairs** 15:23
**stand** 34:23,24
35:23
**standing** 17:7
21:5,20,21
73:8

**start** 7:16,18
26:10 30:3
46:7
**started** 18:20
22:5 23:10,15
26:16 27:24
28:2 30:5
41:17 42:2,18
48:17 50:3,16
53:13 77:4
**starts** 6:13
**State** 96:4 99:1
**States** 1:1,18
**status** 71:7
**stay** 35:1,16
**step** 43:3 47:2
**stepped** 44:20
44:21
**stepping** 46:13
46:15,19,20
47:4
**steps** 42:16
56:3
**Steri-Strip**
65:13
**Sterling** 14:17
14:20,21 61:11
61:14,15 62:20
74:4
**STG** 10:3,6
**stick** 58:9
**STIPULATED**
4:1
**stitches** 65:7,8
65:11 66:18
68:3 70:20
**stomach** 48:23
48:24 49:2,4
**stood** 41:23
42:1
**stop** 19:18 22:8
29:5 52:11
58:9,11 82:17
**stopped** 29:23
29:24 52:11,12
53:4 82:11

**story** 63:11
**straight** 20:9
34:23,24 56:4
56:5,6,7
**straighten**
35:14,17
**Street** 3:6,21
97:1,6
**stub** 52:4
**stuck** 68:18
**stuff** 81:18 90:21
90:22 92:20
92:23
**subscribe**
99:10
**suffer** 10:15
**suffered** 90:11
**suffering** 89:21
89:22 90:12
91:10
**summary** 71:7
**supposed** 6:2
**sure** 5:8 7:2
35:23,23
93:18
**swelling** 65:20
**swinging** 25:1
**switched** 83:14
**sworn** 1:12 4:10
96:6

| T |
| --- |

**T** 87:14
**take** 5:7 6:2 8:5
11:23,24 12:1
26:8 29:21
32:18 77:12
**taken** 4:3 84:23
94:6 96:7,12
97:11
**talk** 17:22 63:6
72:5,13 91:1
**talked** 5:13,15
72:2,3,4,7,19
73:22 83:20
90:24

---

**ALARIS LITIGATION SERVICES**

**JUWAN MOORE  1/9/2019**

talking 6:24
 60:22 73:9,12
 84:12 90:23
tall 20:1,3 30:15
 30:16 31:16,16
 31:20 40:10
 57:5
taller 20:5 31:18
 31:18,19,21
 33:8
tank 60:19
tape 65:9,9,10
 65:11,13
television 15:6
tell 7:19 10:18
 40:22 43:10
 43:14 62:9
 63:10 68:4
 70:11 73:14
 78:6 93:6
telling 19:12
 22:8 89:10,14
 89:15 90:19,21
ten 78:2
test 79:24 80:4
 81:20,23
 83:23
tested 79:23
testifying 4:16
testimony 4:15
 96:5,7
tests 80:7 81:10
 81:13,15,16
Thank 14:11
 97:17
Thanks 15:11
thereon 99:9
thereto 96:14
thing 14:19 29:1
 36:6 44:10
 55:4 60:11,18
 78:12,14,16
 93:7
things 74:13
 91:18
think 12:3,6,10

16:9 26:19
 31:16 51:8,17
 62:20 64:11,14
 64:17 66:19
 66:22 72:21
thought 63:18
three 8:22 16:5
 16:12,16 36:5
 56:1,2 65:7,15
 68:3 77:13,15
 77:16,19 78:11
 78:13,15,17,17
 78:21 85:20
 85:21
threw 53:10,12
tied 32:11
tight 12:1
tilted 20:10
time 7:6 9:13
 12:7 15:16 16:11
 18:9,12 19:13
 21:5,6,20,21
 22:7,10,11 23:1
 25:17 26:10
 29:17 34:15
 35:16 37:1,4,5
 37:9,9,18 39:5
 39:21 41:12,16
 42:7,24 45:21
 46:4,8 47:23
 49:5 50:5,13
 51:15 55:11,15
 59:18,22 60:1
 60:13 61:2
 62:7,24 71:4
 73:8,12 77:15
 78:15 79:21
 82:11 84:9
 85:6 88:11
 90:2,2,9 92:5
times 26:19
 28:17,21 29:5
 35:4 36:4,5
 50:4,8 77:13
 77:19,21,23
 78:2,9,11,13,17

78:17,21 85:9
 91:21,24 92:2
 92:3,17
today 4:15 5:23
 6:3 11:23 94:7
today's 12:15
told 17:21,22,24
 18:1,1 19:10,11
 19:20,20
 22:19,20 29:7
 29:20 34:3,4
 34:5 35:1
 42:14 63:11,12
 72:15,23 73:5
 73:7 77:11
top 15:5 30:9
 45:12 60:19
 61:24 69:20
 70:1
tossed 47:17
total 37:8 38:14
 53:1 92:22
totally 60:15,16
touch 25:21,23
 26:1 44:19
 45:2,6 46:10
 84:15,17
touched 44:8
 46:10 84:10,13
 84:16 85:7
touching 19:23
 21:23 22:1
 23:3,5,8,9
 34:17 39:2,20
 39:22,23
 47:19
tower 56:19,19
 56:22 57:1,3
 57:9,11,14,23
 58:2,5,11,14,17
 58:20
transcribed 4:5
transcript 97:13
transfer 61:18
 71:7
transferred

14:2 72:6
Travis 1:7,20
 14:10 97:8
 98:2 99:23
treat 70:13 90:8
treated 75:24
treating 83:18
treatment 91:14
tried 24:12
 26:17 35:7,11
 35:17 43:2
 44:5 46:13
 47:2 52:4
 90:8
trip 45:4,5
tripping 41:21
trouble 15:2
true 99:8,12
trust 94:6
truthfully 6:7
try 27:19 34:23
 35:2,22 46:12
trying 24:11
 25:14 26:2,3
 26:6 35:9
 45:9
turn 14:12 19:14
 19:19 22:19
 24:12 25:11
 26:2,3,17
 43:21 55:7
 57:24
turned 19:8
 21:4 26:11
 48:24 49:3,6
 49:10
turns 47:24
 53:13,16,22
 53:23 54:4,5
 55:6,14 85:5
 85:10
Twice 26:21
two 15:24 16:5
 21:6 26:3,24
 30:12 36:5
 37:11 38:13,18

39:21 61:21
 69:16,17 74:4
 78:19 83:7
 85:19
type 5:23 6:5
 10:15 18:23
 21:14 36:20
 36:22 43:6
 54:20 70:15
 73:1 87:6,11
 92:14
typed 94:2,23
types 54:24
typewriting 4:5
 96:9

---
**U**
Uh-uh 93:19
UIC 79:22 80:2
understand
 4:14,19,22 5:1
 64:10 65:24
unintelligible
 41:20 62:16
 86:3,23
unit 15:5 21:7
 39:11 42:13,20
 42:23
United 1:1,18
UNKNOWN
 15:4
unlocked 25:2
 25:5,6
upped 83:21
upper 23:9
use 88:6
usually 32:24

---
**V**
v 6:18
vestibule 21:14
 26:22 28:5,7
 29:2,10 37:15
 37:23 38:4,6
 38:10,22 39:7
 39:11 40:7
 57:12,16,19

**JUWAN MOORE  1/9/2019**

**video** 1:11 3:3
**voices** 90:21
**vs** 1:6 97:8 98:2
  99:23

---
**W**

**wait** 38:15 79:21
  80:4
**waiting** 83:23
**wake** 59:15
**walk** 15:22,23
  15:24 16:1,4,6
  16:7,8,19 21:10
  29:7 32:13,16
  32:19,24
  34:14 35:16
  36:8,9,10,13
  38:7,21 42:6
  42:14,15 46:6
  50:2 53:6
  56:2 84:23
  85:2
**walked** 30:6,7
  38:9 39:10
  40:8 53:5,11
  73:17,18
**walking** 16:10
  18:8 22:15
  23:17 24:16,16
  29:18 34:1,15
  34:20 36:20
  37:13,22,22
  39:17 41:15,17
  42:2,4,18
  45:22 46:1,24
  47:16 49:19
  50:1 60:5,6
**walkway** 36:17
**wall** 22:5,12
  26:17,20 81:17
  84:19
**want** 55:2
  62:19 94:13
**wanted** 7:2
  78:18 88:23
  93:7,13

**warmth** 54:23
**wasn't** 67:15
  81:7 87:23
**way** 12:3 18:9
  24:19 36:14
  42:12 70:13
**we'll** 94:15
**we're** 5:8 12:8
**we've** 94:7
**wear** 82:5,6,8
**wearing** 53:18
  82:12
**week** 80:3,3
  81:9,21 92:1
**weeks** 79:18
  80:15 82:18,19
  82:21,22,23
  82:23 83:3
**weird** 17:18
**went** 53:17
  59:3,5 74:4,16
  74:17 76:24
  79:11 80:3,23
  81:11 83:6
**Weren't** 50:12
**Western** 62:5
  71:21
**white** 30:22,23
  30:24 33:17
  33:18 48:5,8,9
  50:24 51:1
**whoever's** 11:18
**wide** 28:10
**wing** 14:17
  16:23,24
  20:17
**wiped** 70:12
**wiping** 66:17
**witness** 4:6
  96:5,7 97:13
  98:23
**woke** 59:16,19
  59:22 60:3,3
  60:4,5,17,18
  61:7 62:14
  63:4

**woman** 11:15
**women** 57:8
**won** 89:15,16
**words** 82:10
**work** 35:4,19
  47:10 57:8
  74:13 90:9
**working** 82:17
**worn** 82:3,13
**wouldn't** 24:17
  35:24 86:9
**wrist** 34:18
  68:12
**wrists** 32:3
**write** 13:7
**wrong** 76:2
**wrote** 63:19
  68:9

---
**X**

---
**Y**

**Y-21806** 1:4,20
**yanked** 18:17
  18:20 23:18
**yeah** 5:17 6:16
  7:4 10:4 11:4
  11:19 12:19,24
  13:17 15:23
  16:19 17:2,13
  19:2,11 20:14
  20:16 21:15,21
  22:4 23:4
  24:22 25:22
  25:24,24
  27:15 29:6,14
  29:14 30:5
  31:7 33:1,13
  34:3 35:12
  36:9 37:9
  42:16,24 43:9
  44:10 45:5,17
  46:21 47:2
  48:15 50:3,24
  52:23 53:19
  54:8,15,17
  55:9,12,19

  56:7,10,23
  57:20,24
  60:16,23
  61:23 63:17
  64:18 65:4
  66:10,14,24
  67:5,17 69:8
  70:2 71:16
  72:3,7 73:5
  76:7,13 78:5
  79:7,9,11,16
  81:14,21 82:5
  82:20 83:5
  84:8,14 85:8
  86:17 87:16
  89:13,23
  90:17,24,24
  91:8 92:10
**year** 8:19
**years** 8:22 9:9
**yesterday**
  83:20
**young** 51:16,17
**younger** 51:12

---
**Z**

**zeros** 6:19

---
**0**

**000020** 6:23
**00003** 62:21
**00007** 61:1
  72:9
**084-004174**
  3:21 96:20

---
**1**

**1** 6:19 65:2
**1-800-280-3...**
  3:23
**1:51** 4:7
**10/18/21** 9:12
**10/4/18** 77:6
**10:20** 62:8,18
  71:1,20
**100** 91:15,16
**100,000** 88:21

  89:2,3,18,20
  91:10
**11th** 3:21 97:1
**12** 7:21 13:8
**13** 42:8 92:2,2
  92:3,17
**15** 28:21 29:5
  92:2,3,17
**150** 51:10,11
**16** 50:8
**18** 97:4
**18-3142** 6:18
**18-3142-SEM-...**
  1:6
**1997** 7:22

---
**2**

**2** 64:7,10,17
  68:2
**2-inch** 64:23
**2/2/18** 62:2
**20** 7:2,4
**2017** 6:15
**2018** 13:8 14:16
  15:12 16:10
  61:2 62:3 63:1
  72:5 75:5
  84:3 99:15
**2019** 1:12 96:22
  97:4,11 98:1
  99:21,22
**20s** 51:18
**21** 7:21
**217** 3:7
**27** 6:15
**2nd** 16:10 61:2
  61:17 62:3
  63:1 72:5 75:5
  75:16,23 84:3

---
**3**

**3** 63:23,24
**3/31/18** 75:13
**3:36** 95:4
**3000** 1:15
**31** 96:22 99:21
**314** 97:3,3

**JUWAN MOORE  1/9/2019**

**314-644-2191**
  3:22
**31st** 75:14,16,24
**3B** 14:17

---
**4**
**4** 2:3 20:10
**4:45** 72:8

---
**5**
**5** 20:2 50:23
  61:22 70:24
  91:20,21 92:5
  92:10,11,17
**500** 3:6 97:6

---
**6**
**6** 61:20,21,21
**6-foot** 31:22,23
**62701** 3:7 97:7
**62704** 1:16
**63101** 3:22 97:2
**644-1334** 97:3
**644-2191** 97:3

---
**7**
**7:45** 15:17
**711** 3:21 97:1
**782-2077** 3:7

---
**8**
**8** 20:2 50:23

---
**9**
**9** 1:12 97:11 98:1
  99:22
**9:00** 63:1 70:22