

## State of Illinois
## Illinois Department of Corrections
## Disciplinary Reduction Notification

### MEMORANDUM

**Date:** 4/2/2018

**To:** Y21806 - MOORE, JUWAN          PON-N -05-45

**From:** Pontiac Correctional Center Records Office

**Subject:** Disciplinary Time Reduction

The following action has been taken on incident 201800325 / 1 - PON heard on 02/07/2018 at Pontiac Correctional Center.

**Date Submitted:** 02/14/2018       **Date Approved/Disapproved:** 03/22/2018

**Recommended From:** Pontiac Correctional Center

**Reduction Authorized By:** Director's Office & Prison Review Board

**Offenses:**
   102a

| Action Taken | Type of Discipline | Original Amount | Adjusted To |
|---|---|---|---|
| Approved | Good Conduct Credit | 3 Months | 2 Months |

**Comments:**

MICHAEL P MELVIN, Warden

# GOOD CONDUCT CREDITS/STATUTORY GOOD TIME RESTORATION/REVOCATION/RECOMMENDATION

☐ Disapprove
☐ Approve
☐ Reduced _____
(Amount)

Recommendation from: **PONTIAC CORRECTIONAL CENTER** CAO: Michael P. Melvin, Warden Deputy Dir:_____
(Institution) (Juv./CSD Div.)

Name: Juwan Moore  Register No. Y21806  Date Request Submitted: 2/14/2018

Present Location: **PONTIAC CORRECTIONAL CENTER**  Committed Person's MSR: 8/18/2021

**Good Conduct Credits**
☒ Revoke  ☐ Restore

**Statutory Good Time**
☐ Revoke  ☐ Restore

☐ Minimum Sentence
☐ Maximum Sentence

Report Date(s)  Violation Numbers
504A.504B/504C Violation:

☒ Recommendation Amount of Revocation

3 months

DR 2/2/2018 #0325   NO. 102a
DR _____           NO. _____

Report Date(s)  Violation Numbers
504A.504B/504C Violation:

☐ Recommendation Amount of Restoration

_____

DR _____  NO. _____
DR _____  NO. _____

Description of Offense: **Staff Assault with Injury by choking Officer COOLEY.**

Committed Person has had **0** of GCC/SGT **revoked** within last 12 months.
Committed Person has had **0** of GCC/SGT **restored** within last 12 months.

Other Recommendations Pending:  ☒ No  ☐ Yes
Dates of Revocation(s) Pending and Amounts    Dates of Restoration(s) Pending and Amounts
_____                                         _____
_____                                         _____

***

## IDOC ACTION

☐ One (1) Month or Under   ☐ Over (1) Month

The following recommendation has been reviewed to determine compliance with Department of Corrections Rules.

***

* ☐ Remand  _____  _____  Resubmission: _____
            Date     Designee              Date

***

Recommendation for **RESTORATION / REVOCATION** of _____

Of Good Conduct Credits/Statutory Good Time  **APPROVED  /  DISAPPROVED**

ADDITIONAL COMMENTS OR INSTRUCTIONS

_____

_____

_____     _____
Director                          Date

***

## PRISONER REVIEW BOARD ACTION

Hearing/Review Date: _____     ☐ Continuance

Comments: _____

Board Action:  **REVOCATION / RESTORATION**  ☐ Approved  ☐ Denied  ☐ Reduced _____
                                                                  Amount Approved   Date

_____   _____   _____
Signature            Signature            Signature

***

Recommendation for **RESTORATION / REVOCATION OF** _____ **APPROVED / DISAPPROVED.** Please proceed accordingly
With adjusting the incarceration person's records.

_____     _____
Director                          Date

Master Record File
Director
Prisoner Review Board (2)
General Office File                              DCA 5588 (3/98)
Miscellaneous Copies                             IL 426-16509

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** MOORE, JUWAN  **IDOC Number:** Y21806  **Race:** BLK
**Hearing Date/Time:** 2/7/2018  10:49 AM  **Living Unit:** PON-N-01-45  **Orientation Status:** N/A
**Incident Number:** 201800325/1 - PON  **Status:** Final

| Date | Ticket # | Incident Officer | Location | Time |
|---|---|---|---|---|
| 2/2/2018 | 201800325/1-PON | COOLEY, TRAVIS L | WIL-R3 HOUSE B WING | 08:10 AM |

| Offense | Violation | Final Result |
|---|---|---|
| 102a | Assault with Injury  Comments:choking C/O | Guilty |

| Witness Type | Witness ID | Witness Name | Witness Status |
|---|---|---|---|

**No Witness Requested**

## RECORD OF PROCEEDINGS
Report read. Offender Moore states "I pushed him a little but I did not put my hands on his throat. He grabbed my arm, I pulled away. He pushed me into the glass and I pushed back".

## BASIS FOR DECISION
Based on the observation of the reporting employee, Officer Cooley was signing out the R3 school line when offender Moore exited R3 B wing to go to school Moore asked Cooley if he could speak to the counselor to which Cooley responded "No, the counselor is speaking to another inmate". Moore then stated to Cooley "What do you mean no, you ain't my daddy". Cooley then told Moore to give him his ID to which Moore responded "You tough, come get it". Cooley then attempted to call a supervisor via radio when Moore aggressively two handed shoved Cooley back into the R3 desk. Cooley then told Moore to lock up in which Moore proceeded to reach out with his left hand and grab Cooley's throat and start to violently squeeze attempting to push Cooley back into the desk again. Cooley attempted to tell Moore to get back and remove his hands from Cooley's throat. Staff responded and helped to restrain Moore. Moore was placed in restraints by Lt. Campbell.

The positive identification of the offender by state ID.

Attached multiple DOC 434's by Cooley, Barta, Snell, Hedden, Campbell, Many, Forman and Fry substantiating the incident.

The committee is satisfied the violation occurred as reported.

RECEIVED
FEB 1 4 2018
Pontiac Correctional Center
Record Office

## DISCIPLINARY ACTION  *(Consecutive to any priors)*

| RECOMMENDED | FINAL |
|---|---|
| 1 Year CGrade | 1 Year CGrade |
| 1 Year Segregation | 1 Year Segregation |
| Revoke GCC or SGT 3 Months | Revoke GCC or SGT 3 Months |
| 1 Year Commissary Restriction | 1 Year Commissary Restriction |
| 1 Year Visiting Restriction | 1 Year Visiting Restriction |
| 1 Year Audio/Visual Restriction | 1 Year Audio/Visual Restriction |
| 6 Months Contact Visits Restriction | 6 Months Contact Visits Restriction |

**Basis for Discipline:** Nature of offense

## Signatures
### Hearing Committee

| | Signature | Date | Race |
|---|---|---|---|
| DALTON, JACOB N - Chair Person | s/Jacob Dalton | 02/07/18 | WHI |
| WOLF, KENDRA R | s/Kendra Wolf | 02/07/18 | BLK |

Recommended Action Approved

Run Date: 2/13/2018 12:32:21  Page 1 of 2

# STATE OF ILLINOIS -- DEPARTMENT OF CORRECTIONS
## ADJUSTMENT COMMITTEE
## FINAL SUMMARY REPORT

**Name:** MOORE, JUWAN  
**Hearing Date/Time:** 2/7/2018  10:49 AM  
**Incident Number:** 201800325/1 - PON  

**IDOC Number:** Y21806  
**Living Unit:** PON-N-01-45  
**Status:** Final  

**Race:** BLK  
**Orientation Status:** N/A  

**Final Comments:** N/A

---

MICHAEL P MELVIN / MPM  2/13/2018  
**Chief Administrative Officer**

s/Michael Melvin   02/13/18  
**Signature**   **Date**

The committed person has the right to appeal an adverse decision through the grievance procedure established by Department Rule 504: Subpart F.

s/DOC Employee  
**Employee Serving Copy to Committed Person**

2/14/18  
**When Served -- Date and Time**

# ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Disciplinary Report

Facility: WFCC.

Date: 2-2-18

**Type of Report:**
- [x] Disciplinary
- [ ] Investigative

Offender Name: Moore, Juwan    N145    ID #: Y21806    325/1

Observation Date: 2-2-18    Approximate Time: 810    [x] a.m. [ ] p.m.    Location: R3 Foyer

**Offense(s): DR 504:** 102 A Assault    102A

**Observation:** (NOTE Each offense identified above must be substantiated.) On the above date and approx time this C/o was signing out R3 7:45 am school line. I/m Juwan Moore Y21806 exited R3 'B' wing to go to school. I/m Moore Y21806 asked this C/o if he could speak to the counselor, this C/o told I/m Moore "no, the counselor is speaking to another I/m." I/m Moore responded "what do you mean no, you ain't my daddy." This C/o told I/m Moore to give this C/o his ID. I/m Moore responded "you tough, come get it." This C/o attempted to call a supervisor via radio. I/m Moore Y21806 aggressively two handed shoved this C/o back into the R3 desk. This C/o told I/m Moore to get back and I/m Moore reached out with his left hand and grabbed this C/o's throat and started to violently squeeze and tried to push this C/o back into the desk again. This C/o tried to tell I/m Moore to

Witness(es): _____

[ ] Check if Offender Disciplinary Continuation Page, DOC 0318, is attached to describe additional facts, observations or witnesses.

| Reporting Employee (Print Name) | Badge # | Signature | Date | Time |
|---|---|---|---|---|
| C/o Cooley | 4629 | s/Cooley | 2-2-18 | 820 [x]a.m. |

## Disciplinary Action:

**Shift Review:** [x] Temporary Confinement    [ ] Investigative Status    **Reasons:** Nature of Offense

Printed Name and Badge #: Fishel 684    s/Fishel    Date: 2-2-18
Shift Supervisor's Signature (For Transition Centers, Chief Administrative Officer)

**Reviewing Officer's Decision:** [x] Confinement reviewed by Reviewing Officer    **Comment:** Nature of Offense

[x] Major Infraction, submitted for Hearing Investigator, if necessary and to Adjustment Committee
[ ] Minor Infraction, submitted to Program Unit

Print Reviewing Officer's Name and Badge #: LT Gooding 9974    s/Gooding    Date: 2-2-18

[x] Hearing Investigator's Review Required (Adult Correctional Facility Major _____)

Print Hearing Investigator's Name and Badge #: Fulleth 11356    s/DOC Employee    Date: 2/3/18

**Procedures Applicable to all Hearings on Investigative and Disciplinary Reports**

You have the right to appear and present a written or oral statement or explanation concerning the charges. You may present relevant physical material such as records or documents.

**Procedures Applicable to Hearings Conducted by the Adjustment Committee on Disciplinary Reports**

You may ask that witnesses be interviewed and, if necessary and relevant, they may be called to testify during your hearing. You may ask that witnesses be questioned along lines you suggest. You must indicate in advance of the hearing the witnesses you wish to have interviewed and specify what they could testify to by filling out the appropriate space on this form, tearing it off, and returning it to the Adjustment Committee. You may have staff assistance if you are unable to prepare a defense. You may request a reasonable extension of time to prepare for your hearing.

[x] Check if offender refused to sign    Read ticket to I/M

Offender's Signature: _____    ID#: 10799    N

s/DOC Employee    Serving Employee (Print Name): Null    Badge #: 12127    s/DOC Employee Signature: Null

Reserve

Date Served: 2-2-18  2/3/18    Time Served: 10:25  930    [ ]a.m. [x]p.m.

[ ] I hereby agree to waive 24-hour notice of charges prior to the disciplinary hearing.

Offender's Signature: _____    ID#: _____

---

(Detach and Return to the Adjustment Committee or Program Unit Prior to the Hearing)

Date of Disciplinary Report    Print offender's name    ID#

I am requesting that the Adjustment Committee or Program Unit consider calling the following witnesses regarding the Disciplinary Report of the above date:

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

| Print Name of witness | Witness badge or ID# | Assigned Cell (if applicable) | Title (if applicable) |
|---|---|---|---|
| | | | |

Witness can testify to: _____

Page 1 of 2

Printed on Recycled Paper

Distribution: Master File, Offender    DOC 0317 (Rev 2/2007)

ILLINOIS DEPARTMENT OF CORRECTIONS
## Offender Disciplinary Continuation Page

Facility: WICC

☒ Disciplinary Report   ☐ Investigative Report   ☐ Disciplinary Summary   ☐ Adjustment Committee Summary

Report/Incident Date: 2-2-18          Incident # (if applicable): _____

**Offender Information:**
Offender Name: M___   #YZ1804

Use the space below to provide any additional information.

Get back and to remove his hands from this C/O's throat. Staff responded and helped try to restrain I/m Moore. Lt. Campbell arrived and place I/m Moore in restraints. I/m was escorted to seg. I/m Moore YZ1804 was ID'd by state ID card.

Refused to sign / Read to I/M

Nall Nall 10794
2/3/18 9:30 pm

Page 2 of 2

Distribution: Master File, Offender, Facility (2)

Printed on Recycled Paper

DOC 0318 (Eff. 8/2006)
(Replaces DC 7212)