| UNITED STATES DISTRICT COURT | ) | Moore v. Cooley, et al., |
|---|---|---|
| CENTRAL DISTRICT OF ILLINOIS | ) | Case No. 18-3142-SEM-TSH |

## AFFIDAVIT

I, Travis Cooley, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify I would state as follows:

1. I am a Correctional Officer for the Illinois Department of Corrections ("IDOC") at Western Illinois Correctional Center ("Western").

2. My statements expressed in this affidavit are based upon my memory of the events.

3. In February 2019, I was asked by the Illinois Attorney General's Office to review the incident reports of offender Juwan Moore (#Y-21806).

4. I was present on February 2, 2018, however I do not currently possess a present recollection of that day's events. I wrote an incident report on February 2, 2018 shortly after the incident and I have referred to that report to refresh my memory. My recollection of the events was refreshed from my reading of the report.

5. On the morning of February 2, 2018 I was assigned to sign inmates out of housing unit Residential Unit 3 ("R-3"), who were going to school.

6. When Inmate Moore exited the B wing he asked if he could go speak with the counselor. I informed him he could not because the counselor was already speaking with another inmate.

7. Inmate Moore responded to me "what do you mean no you ain't my daddy".

8. I then requested Inmate Moore give me his identification card for disciplinary purposes.

9. Inmate Moore told me "you tough come get it".

10. I attempted to radio for a supervisor at that time.

11. Inmate Moore then became aggressive and shoved me with both hands into the officer's desk.

12. I instructed Inmate Moore to get back and then the inmate reached out with his left hand and grabbed my throat.

13. I attempted to give Inmate Moore additional orders to get back, but was unable to do so because he was still squeezing my throat.

14. Lieutenant Campbell arrived and placed Inmate Moore in restraints.

15. At no time did I punch or kick Inmate Moore.

16. At no time did I observe anyone else punch or kick Inmate Moore.

17. Inmate Moore was then escorted to the segregation unit.

18. I did not escort Inmate Moore to segregation.

19. I did not have any further contact with Inmate Moore that day.

FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U. S. C. § 1746, I declare under perjury under the law of the United States of America that the foregoing is true and correct.

Executed on February 28, 2019,

s/Travis Cooley

OFFICIAL SEAL
JULIE A. HOUSTON
Notary Public - State of Illinois
My Commission Expires 9/06/2020

s/Julie Houston

Travis Cooley