UNITED STATES DISTRICT COURT ) Moore v. Cooley, et al.,
CENTRAL DISTRICT OF ILLINOIS ) Case No. 18-3142-SEM-TSH

## AFFIDAVIT

I, Ricky Forman, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify I would state as follows:

1. I am a Correctional Officer for the Illinois Department of Corrections ("IDOC") at Western Illinois Correctional Center ("Western").

2. My statements expressed in this affidavit are based upon my memory of the events.

3. In February 2019, I was asked by the Illinois Attorney General's Office to review the incident reports of offender Juwan Moore (#Y-21806).

4. I was present on February 2, 2018, however I do not currently possess a present recollection of that day's events. I wrote an incident report on February 2, 2018 shortly after the incident and I have referred to that report to refresh my memory. My recollection of the events was refreshed from my reading of the report.

5. On the morning of February 2, 2018 I was assigned to Residential Unit 3 ("R-3"), B and D wings.

6. I was on D wing when I responded to a Code "1" in R-3 foyer.

7. When I arrived in the R-3 foyer I observed Inmate Moore resisting staff.

8. I assisted staff in restraining Inmate Moore while wrist restraints were applied.

9. At no time did I punch or kick Inmate Moore.

10. At no time did I observe anyone else punch or kick Inmate Moore.

11. Inmate Moore was escorted to the segregation unit.

12. I then returned to B and D wings to ensure they were secured.

13. I did not assist in the escort of Inmate Moore to segregation.

FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U. S. C. § 1746, I declare under perjury under the law of the United States of America that the foregoing is true and correct.

Executed on February 28, 2019,

s/Ricky Forman
_____
Ricky Forman

s/Julie Houston



OFFICIAL SEAL
JULIE A. HOUSTON
Notary Public - State of Illinois
My Commission Expires 9/06/2020