| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | ) | Moore v. Cooley, et al., |
| CENTRAL DISTRICT OF ILLINOIS | ) | Case No. 18-3142-SEM-TSH |

## AFFIDAVIT

I, Daniel Fry, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify I would state as follows:

1. I am a Correctional Counselor for the Illinois Department of Corrections ("IDOC") at Western Illinois Correctional Center ("Western").

2. My statements expressed in this affidavit are based upon my memory of events.

3. On the morning of February 2, 2018 I was assigned to the Residential Unit 3 ("R-3"), Counselor's office.

4. While inmates were signing out of the wing to go to school I heard arguing coming from the foyer.

5. I left the office and went to the foyer, where I found Inmate Juwan Moore (#Y-21806) grasping Officer Cooley by the throat.

6. I assisted Officer Cooley in restraining Inmate Moore until other staff arrived.

7. At no time did I punch or kick Inmate Moore.

8. At no time did I observe anyone else punch or kick Inmate Moore.

9. After the inmate was secured I left the area.

10. Inmate Moore was escorted to the segregation unit.

11. I did not escort Inmate Moore to segregation.

FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U. S. C. § 1746, I declare under perjury under the law of the United States of America that the foregoing is true and correct.

Executed on February 28, 2019,

s/Daniel Fry
_____
Daniel Fry

s/Julie Houston    3/11/2019

OFFICIAL SEAL
JULIE A. HOUSTON
Notary Public - State of Illinois
My Commission Expires 9/06/2020