**EXHIBIT F**

| | |
|---|---|
| UNITED STATES DISTRICT COURT ) | Moore v. Cooley, et al., |
| CENTRAL DISTRICT OF ILLINOIS ) | Case No. 18-3142-SEM-TSH |

## AFFIDAVIT

I, Mark Many, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify I would state as follows:

1. I am a Correctional Officer for the Illinois Department of Corrections ("IDOC") at Western Illinois Correctional Center ("Western").

2. My statements expressed in this affidavit are based upon my memory of events.

3. On the morning of February 2, 2018 I responded to a Code "1" in Residential Unit 3 ("R-3"), foyer.

4. When I arrived in the R-3 foyer I observed Inmate Juwan Moore (#Y-21806) in wrist restraints.

5. At no time did I punch or kick Inmate Moore.

6. At no time did I observe anyone else punch or kick Inmate Moore.

7. I assisted staff in locking up the rest of the housing unit.

8. Inmate Moore was escorted to the segregation unit.

9. I did not assist with Inmate Moore's escort to segregation.

FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U. S. C. § 1746, I declare under perjury under the law of the United States of America that the foregoing is true and correct.

Executed on February 28, 2019,

s/Mark Many
Mark Many

s/Julie Houston

OFFICIAL SEAL
JULIE A. HOUSTON
Notary Public - State of Illinois
My Commission Expires 9/06/2020