**EXHIBIT G**

| UNITED STATES DISTRICT COURT | ) | Moore v. Cooley, et al., |
| CENTRAL DISTRICT OF ILLINOIS | ) | Case No. 18-3142-SEM-TSH |

## AFFIDAVIT

I, Brandon Snell, being first duly sworn upon oath, state that I have personal knowledge of the facts set forth herein, that I am competent to testify, and that if called to testify I would state as follows:

1. I am a Correctional Officer for the Illinois Department of Corrections ("IDOC") at Western Illinois Correctional Center ("Western").

2. My statements expressed in this affidavit are based upon my memory of events.

3. In February 2019, I was asked by the Illinois Attorney General's Office to review the incident reports of offender Juwan Moore (#Y-21806).

4. I was present on February 2, 2018, however I do not currently possess a present recollection of that day's events. I wrote an incident report on February 2, 2018 shortly after the incident and I have referred to that report to refresh my memory. My recollection of the events was refreshed from my reading of the report.

5. On the morning of February 2, 2018 I responded to a Code "1" in Residential Unit 3 ("R-3"), foyer.

6. When I arrived in the R-3 foyer I observed Inmate Moore in wrist restraints.

7. I assisted staff in walking Inmate Moore to the segregation unit.

8. During the walk to segregation Inmate Moore was resisting staff by twisting his body and kicking his legs.

9. At no time did I punch or kick Inmate Moore.

10. At no time did I observe anyone else punch or kick Inmate Moore.

11. Inmate Moore was turned over to segregation staff without further incident.

FURTHER DECLARANT SAYETH NOT.

Pursuant to 28 U. S. C. § 1746, I declare under perjury under the law of the United States of America that the foregoing is true and correct.

Executed on February 28, 2019,

s/Brandon Snell

Brandon Snell

s/Julie Houston

OFFICIAL SEAL
JULIE A. HOUSTON
Notary Public - State of Illinois
My Commission Expires 9/06/2020