ILLINOIS DEPARTMENT OF CORRECTIONS
3:18-cv-03142-SEM-TSH  # 45-8  Page 1 of 1
Offender Outpatient Progress Notes
Thursday, 14 March, 2019 03:59:59 PM
EXHIBIT H
E-FILED
Clerk, U.S. District Court, ILCD
Western Illinois Correctional Center

**Lacerations**

Offender Information:
Last Name: Moore
First Name: Juwan
MI:
ID#: Y21806

| Date/Time | Subjective, Objective, Assessment | Plans |
|---|---|---|
| 2/2/18 9A | **RN NOTE   LPN/CMT NOTE**<br>S) - What caused the injury? Altercation<br>- Where did it happen? R-3 house<br>- What time did it happen? Approx 9A<br>- What type of object caused the injury? unknown<br>- Do you have a medical condition or are you taking any medication that would cause excessive bleeding or problems healing? NO<br>- Do you have any allergies to medications? NO<br>- When was your last tetanus? 2015<br>O) T 97.2  P 78  R 16  BP 138/78  WT —<br>- Orthostatic blood pressure if large blood loss  NA<br>- Level of consciousness and orientation  Alert & O x 3<br>- Size and depth of injury  2cm Dia Rt cheek, .1 in Rt ap lid<br>- Presence of contaminates or ground-in debris  NO<br>- Bleeding or drainage; note amount and characteristics  NO<br>- Pain on a Scale 1-10  NO<br>- (Swelling), edema and/or any disfigurement  Sm Amt<br>- Signs and symptoms of impaired circulation  NO | P) MD Referral Same Day if:<br>- Wounds ground-in debris<br>- Laceration is a result of a human bite<br>- Uncontrolled bleeding<br>- Those covering a large and/or deep area<br>- Assault wounds to head, face, chest, back or abdomen<br>- Exchange of body fluids<br>- Wounds not responding to protocol treatment<br>- If injury is self-inflicted, refer to Mental Health<br>- Any sign of infection<br>- Any wound that might need sutures<br><br>No MD referral:<br>- Cleanse gently with mild antiseptic soap<br>- Irrigate with normal saline.<br>- Apply direct pressure to wound with sterile compress if needed to control bleeding – elevate if possible<br>- Acetaminophen 325 mg, 1 – 2 tablets t.i.d. PRN X 3 days (18 tablets)<br>- Dress abrasion as necessary – butterfly or steri-strip if necessary  done<br>OVER |

Distribution Offender's Medical Record

DOC 0084 (Eff. 9/2002)
(Replaces DC 7147)

Moore v. Cooley, et al. (18-3142) IDOC No.: 000003