**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| JUWAN MOORE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:18-cv-03142-SEM-TSH |
| ) | |
| TRAVIS COOLEY, et al. ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF DISMISSAL

NOW COME All Parties, by and through their respective and undersigned attorneys, and hereby stipulate and agree as follows:

1. On June 12, 2018, Plaintiff filed his complaint at law against the Defendants, claiming the violation of his civil rights pursuant to 42 USC Sect. 1983.

2. On September 24, 2020, with the assistance of this Honorable Court, the parties settled this matter.

3. The parties have settled this matter and a written settlement agreement has been signed by all parties.

4. The parties stipulate to the following dismissals:

    a. Plaintiff Juwan Moore agrees to voluntarily dismiss Defendants Travis L. Cooley, Alex Banta, Brandon Snell, Willie Hedden, David Campbell, Rick Forman, and Daniel Fry from this matter with prejudice; and,

    b. Plaintiff agrees to voluntarily dismiss this case with prejudice.

WHEREFORE, All Parties, by and through their respective and undersigned attorneys, pray that this Honorable Court enter an order of dismissal:

    a.  Dismissing Defendants Travis L. Cooley, Alex Banta, Brandon Snell, Willie Hedden, David Campbell, Rick Forman, and Daniel Fry from this matter with prejudice; and,

    b.  Dismissing this case with prejudice.

Stipulated and Agreed to this 25th day of October, 2021.

Respectfully Submitted by:

| PLAINTIFF JUWAN MOORE | DEFENDANTS TRAVIS L. COOLEY, ALEX BANTA, BRANDON SNELL, WILLIE HEDDEN, DAVID CAMPBELL, RICK FORMAN, AND DANIEL FRY |
|---|---|
| By:   /s/ David S. Lipschultz | |
| David S. Lipschultz | By:   /s/ Maria D. Gray |
| Atty. No. 6277910 | |
| Law Offices of David S. Lipschultz, Inc. | Maria D. Gray |
| 200 S. Michigan Avenue, Suite 201 | Atty. No. 6323981 |
| Chicago, Illinois 60604 | Illinois Attorney General |
| Tel: (312) 414-1778 | 500 S. Second Street |
| Email: david@dsllawoffice.com | Springfield, IL 62701 |
| | Tel: 217-782-5819 |
| | Email: Maria.Gray@ilag.gov |

David S. Lipschultz
Atty. No. 6277910
Law Offices of David S. Lipschultz, Inc.
200 S. Michigan Avenue, Suite 201
Chicago, Illinois 60604
Tel: (312) 414-1778
Email: david@dsllawoffice.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 25, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of said filing to all parties.

                                            /s/ David S. Lipschultz
                                            David S. Lipschultz

Mr. David S. Lipschultz
Atty. No. 6277910
Law Offices of David S. Lipschultz, Inc.
200 S. Michigan Avenue, Suite 201
Chicago, Illinois  60604
Telephone: 312-414-1778
Email: david@dsllawoffice.com